
635973

**Plaintiff**
ARBUTUS PHARMA CORP., ET AL

vs

**Defendant**
PFIZER INC., ET AL

Person to be served: PFIZER INC.
C/O C T CORPORATION SYSTEM, REGISTERED AGENT
Address:
820 BEAR TAVERN ROAD
WEST TRENTON NJ 08628

Attorney:
SAIBER LLC
18 COLUMBIA TURNPIKE SUITE 200
FLORHAM PARK NJ 07932

Papers Served:
SUMMONS & COMPLAINT FOR PATENT INFRINGEMENT; EXHIBITS; CIVIL COVER SHEET

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DOCKET NO. 3:23-cv-01876

**AFFIDAVIT OF SERVICE**
(for use by Private Service)

Cost of Service pursuant to R4:4-30

$ _____

**Service Data:**

Served Successfully ✓    Not Served ____    Date: 04/11/23    Time: 01:44PM    Attempts: ____

____ Delivered a copy to him/her personally

____ Left a copy with a competent household member over 14 years of age residing therein at place of abode.

✓ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship/title

SCOTT KUNTZ

PERSON IN CHARGE AT THE OFFICE OF THE REGISTERED AGENT FOR THE CORPORATION

**Description of Person Accepting Service:**

Age: 36    Height: 5'7    Weight: 220    Hair: BLACK    Sex: MALE    Race: CAUC

**Non-Served:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time _____
                              Date _____ Time _____
                              Date _____ Time _____
( ) Other: _____

Comments or Remarks _____

Subscribed and Sworn to me this 12 day of April 2023

_Melissa Giambattista_
Notary Signature

MELISSA GIAMBATTISTA
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 9/17/2024

I, AZIZA AMER, was at time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_Aziza Amer_   4/12/23
Signature of Process Server    Date

DGR LEGAL, INC.
1359 Littleton Road, Morris Plains, NJ 07950-3000
(973) 403-1700  Fax (973) 403-9222

Work Order No.   635973

File No.   3:23-CV-01876

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**ARBUTUS PHARMA CORP., ET AL.,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**PFIZER INC., ET AL.,**
*Defendant*

CASE NUMBER: **3:23-CV-01876-ZNQ-TJB**

TO: *(Name and address of Defendant):*
```
Pfizer Inc. c/o
C T CORPORATION SYSTEM
820 BEAR TAVERN ROAD
WEST TRENTON,NJ 08628
```

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

```
Arnold B. Calmann, Esq.
Saiber LLC
One Gateway Center, 9th Floor
Suite 950
Newark, NJ 07102
```

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT** _____



ISSUED ON 2023-04-05 14:10:35, Clerk
USDC NJD