**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Tel: (973) 596-4500
Fax: (973) 596-0545

*Attorneys for Defendant*
*BioNTech SE*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARBUTUS BIOPHARMA CORP. and GENEVANT SCIENCES GMBH,<br><br>        Plaintiffs,<br><br>v.<br><br>PFIZER INC. and BIONTECH SE,<br><br>        Defendants. | Civil Action No. 23-1876 (ZNQ) (TJB)<br><br>*Document Electronically Filed*<br><br>**NOTICE OF APPEARANCE OF WILLIAM P. DENI, JR.** |

**PLEASE TAKE NOTICE** that the undersigned hereby enters his appearance as counsel for Defendant BioNTech SE in the above-captioned action. Please serve copies of all papers in this matter upon the undersigned attorney at the office and e-mail address listed below.

Dated: May 15, 2023
      Newark, New Jersey

s/ William P. Deni, Jr.
William P. Deni, Jr.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Tel: (973) 596-4853
Fax: (973) 639-8373
wdeni@gibbonslaw.com