Liza M. Walsh
Mariel L. Belanger
Lauren R. Malakoff
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel. (973) 757-1100

*Attorneys for Defendant Pfizer Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARBUTUS BIOPHARMA CORP. and GENEVANT SCIENCES GMBH,<br><br>                              Plaintiffs,<br><br>v.<br><br>PFIZER INC. and BIONTECH SE,<br><br>                              Defendants. | Civil Action No. 3:23-cv-01876 (ZNQ-TJB)<br><br>**NOTICE OF APPEARANCE**<br><br>*Electronically Filed* |

To:    Clerk, United States District Court
          District of New Jersey
          402 East State Street
          Trenton, New Jersey 08608

**PLEASE TAKE NOTICE** that Liza M. Walsh of Walsh Pizzi O'Reilly Falanga LLP hereby enters an appearance on behalf of Defendant Pfizer Inc., and requests that copies of all papers in this action be served upon the undersigned.

                                                        WALSH PIZZI O'REILLY FALANGA LLP

Dated: May 19, 2023              By:    s/ *Liza M. Walsh*
                                                              Liza M. Walsh