Liza M. Walsh
Mariel L. Belanger
Jessica K. Formichella
Lauren R. Malakoff
**WALSH PIZZI O'REILLY FALANGA LLP**
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100

*Attorneys for Defendant/Counterclaimant*
*Pfizer Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARBUTUS BIOPHARMA CORP. and GENEVANT SCIENCES GMBH,<br><br>         Plaintiffs,<br><br>    v.<br><br>PFIZER INC. and BIONTECH SE,<br><br>         Defendants.<br><br>PFIZER INC. and BIONTECH SE,<br><br>         Counterclaimants,<br><br>    v.<br><br>ARBUTUS BIOPHARMA CORP. and GENEVANT SCIENCES GMBH,<br><br>         Counterclaim-Defendants. | Civil Action No. 3:23-cv-1876-ZNQ-TJB<br><br>*Document Filed Electronically* |

### FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel of record for Plaintiff Pfizer Inc. certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: July 10, 2023

<u>s/Liza M. Walsh</u>
Liza M. Walsh
Mariel L. Belanger
Jessica K. Formichella
Lauren R. Malakoff
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100
lwalsh@walsh.law
mbelanger@walsh.law
jformichella@walsh.law
lmalakoff@walsh.law

Sara Tonnies Horton (*pro hac vice* pending)
WILLKIE FARR & GALLAGHER LLP
300 North LaSalle Drive
Chicago, Illinois 60654
(312) 728-9040
SHorton@willkie.com

Michael W. Johnson, Esq. (*pro hac vice* pending)
Heather M. Schneider, Esq. (*pro hac vice* pending)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
(212) 728-8000
MJohnson1@willkie.com
HSchneider@willkie.com

*Attorneys for Defendant and Counterclaimant Pfizer Inc.*