**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500

*Attorneys for Defendant/Counterclaimant*
*BioNTech SE*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARBUTUS BIOPHARMA CORP. and GENEVANT SCIENCES GMBH,<br><br>        Plaintiffs/Counterclaim-Defendants,<br><br>    v.<br><br>PFIZER INC. and BIONTECH SE,<br><br>        Defendants/Counterclaimants. | Civil Action No. 23-1876 (ZNQ) (TJB)<br><br>*Document Electronically Filed*<br><br>**CORPORATE DISCLOSURE STATEMENT OF BIONTECH SE** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant/Counterclaimant BioNTech SE states that BioNTech SE is a publicly held company and no publicly held company owns 10% or more of its stock.

Dated: July 10, 2023
        Newark, New Jersey

s/ William P. Deni, Jr.
William P. Deni, Jr.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500
wdeni@gibbonslaw.com

*Attorneys for Defendant/Counterclaimant*
*BioNTech SE*