**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500

*Attorneys for Defendant/Counterclaimant*
*BioNTech SE*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ARBUTUS BIOPHARMA CORP. and GENEVANT SCIENCES GMBH,<br><br>       Plaintiffs/Counterclaim-Defendants,<br><br>v.<br><br>PFIZER INC. and BIONTECH SE,<br><br>       Defendants/Counterclaimants. | Civil Action No. 23-1876 (ZNQ) (TJB)<br><br>*Document Electronically Filed*<br><br>**CERTIFICATE OF SERVICE** |

I, William P. Deni, Jr., hereby certify as follows:

1.     I am an attorney admitted to practice before this Court and a member of the law firm of Gibbons P.C., co-counsel for Defendant/Counterclaimant BioNTech SE in the above-captioned action.

2.     On July 10, 2023, I caused the following documents to be electronically filed on behalf of BioNTech SE:

     (a)   Corporate Disclosure Statement of BioNTech SE; and

     (b)   this Certificate of Service.

3.     Service of each of the foregoing documents was made on this date via ECF upon counsel of record for all parties.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 10, 2023
Newark, New Jersey

s/ William P. Deni, Jr.
William P. Deni, Jr.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500
wdeni@gibbonslaw.com

*Attorneys for Defendant/Counterclaimant*
*BioNTech SE*