Raymond N. Nimrod
Isaac Nesser
Nicola R. Felice
**QUINN EMANUEL URQUHART**
  **& SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
raynimrod@quinnemanuel.com
isaacnesser@quinnemanuel.com
nicolafelice@quinnemanuel.com

John Yang
**QUINN EMANUEL URQUHART**
  **& SULLIVAN, LLP**
3100 McKinnon St., Suite 1125
Dallas, TX 75201
(469) 902-3600
johnyang@quinnemanuel.com

*Attorneys for Plaintiff Genevant Sciences GmbH*

Arnold B. Calmann
Katherine A. Escanlar
**SAIBER LLC**
One Gateway Center, 9th Floor
Newark, NJ 07102-5308
(973) 622-3333
abc@saiber.com
kescanlar@saiber.com

*Attorneys for Plaintiffs Arbutus Biopharma Corp. & Genevant Sciences GmbH*

Daralyn J. Durie
Adam R. Brausa
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000
ddurie@mofo.com
abrausa@mofo.com

Kira Davis
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA, 90017-3543
(213) 892-5200
kiradavis@mofo.com

*Attorneys for Plaintiff Arbutus Biopharma Corp.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ARBUTUS BIOPHARMA CORP. and GENEVANT SCIENCES GMBH,<br><br>            Plaintiffs,<br><br>   v.<br><br>PFIZER INC. and BIONTECH SE,<br><br>            Defendants. | Civil Action No.  23-01876-ZNQ-TJB<br><br>**DECLARATION OF DARALYN J. DURIE IN SUPPORT OF APPLICATION FOR <u>ADMISSION PRO HAC VICE</u>**<br><br>*Document Filed Electronically* |

**DARALYN J. DURIE, ESQ.**, of full age, hereby declares as follows:

1.      I am an attorney-at-law with the law firm of Morrison & Foerster LLP, 425 Market Street, San Francisco, CA 94105-2482. I am not under suspension or disbarment in any jurisdiction or court, and no disciplinary proceedings are pending against me and no discipline has previously been imposed upon me in any jurisdiction or court.

2.      I submit this Declaration in support of the application by plaintiff Arbutus Biopharma Corp. ("Arbutus") to permit me to appear and participate, *pro hac vice*, as counsel for Arbutus at pre-trial, trial, and post-trial proceedings of the above-captioned action.

3.      I am duly admitted and currently in good standing to practice law in the following jurisdictions, for which I list my year of admission and the address of the official or office maintaining the roll of such members of its bar:

| California (1994) | The State Bar of California<br>180 Howard Street<br>San Francisco, CA 94105 |

4.      I practice in the litigation of intellectual property matters, and am familiar with this action.

5.      I am associated in this matter with Arnold B. Calmann, a member of Saiber LLC, who is the attorney of record for Arbutus, is authorized to practice law in New Jersey, and is a member in good standing of the bar of this Court.

6.      Upon being admitted to appear and participate in this matter *pro hac vice*, I will abide by the requirements found in Local Civil Rule 101.1.

7.      Upon being admitted to appear and participate in this matter *pro hac vice*, I shall promptly make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Rule 1:28-2(a), for any year in which I continue to appear in this matter.

8. Upon being admitted to appear and participate in this matter *pro hac vice*, I shall also promptly make payment to the Clerk of the United States District Court for the District of New Jersey as provided by Local Civil Rule 101.1(c)(3).

9. I also understand that upon admission *pro hac vice*, I am subject to the orders and amenable to disciplinary action and the civil jurisdiction of this Court and the New Jersey State Bar in all respects as if I were regularly admitted and a licensed member of the Bar of the State of New Jersey in good standing. I agree to notify the Court immediately of any matter affecting my standing at the bar of any other Court.

10. For the foregoing reasons, it is respectfully requested that the Court grant Arbutus's application to have me admitted *pro hac vice* to appear and participate as counsel in this matter pursuant to Local Civil Rule 101.1(c).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 12th day of July, 2023.

_____
DARALYN J. DURIE