**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ARBUTUS BIOPHARMA CORP. and GENEVANT SCIENCES GMBH, <br><br> Plaintiffs, <br><br> v. <br><br> PFIZER INC. and BIONTECH SE, <br><br> Defendants. | Civil Action No.  23-01876-ZNQ-TJB <br><br> **ORDER FOR PRO HAC VICE ADMISSION** <br><br> *Document Filed Electronically* |

   **THIS MATTER** having been brought before the Court by Arnold B. Calmann, Esq., of Saiber LLC, attorneys for plaintiffs Arbutus Biopharma Corp. and Genevant Sciences GmbH (collectively, "Plaintiffs"), on application to allow Daralyn J. Durie, Esq., Adam R. Brausa, Esq., and Kira A. Davis, Esq., Morrison & Foerster LLP, and Raymond N. Nimrod, Esq., Nicola R. Felice, Esq., and John Yang, Esq., Quinn Emanuel Urquhart & Sullivan, LLP, to appear and participate *pro hac vice*; and the Court having noted that defendants Pfizer Inc. and BioNTech SE consent and have no objection to the *pro hac vice* admission of the foregoing counsel; and the Court having considered the supporting papers; and for good cause shown;

   **IT IS** on this _____ day of _____, 2023,

   **ORDERED,** that the application of Plaintiffs, be and it hereby is **GRANTED**; and it is further

   **ORDERED,** that Daralyn J. Durie, Esq., a member in good standing of the Bar of the State of California, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

**ORDERED,** that Adam R. Brausa, Esq., a member in good standing of the Bars of the State of Illinois and California, be permitted to appear pro hac vice in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

**ORDERED,** that Kira A. Davis, Esq., a member in good standing of the Bars of the State of New York and California, be permitted to appear pro hac vice in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

**ORDERED,** that Raymond N. Nimrod, Esq., a member in good standing of the Bars of the State of Illinois and New York, be permitted to appear pro hac vice in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

**ORDERED,** that Nicola R. Felice, Esq., a member in good standing of the Bar of the State of New York, be permitted to appear pro hac vice in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

**ORDERED,** that John Yang, Esq., a member in good standing of the Bar of the State of Texas and New York, be permitted to appear pro hac vice in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

**ORDERED,** that all pleadings, briefs, and other papers filed with the Court shall be signed by a member or associate of the law firm of Saiber LLC, attorneys of record for Plaintiffs, who is admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorneys admitted pursuant to this Order; and it is further

**ORDERED,** that Daralyn J. Durie, Esq., Adam R. Brausa, Esq., Kira A. Davis, Esq., Raymond N. Nimrod, Esq., Nicola R. Felice, Esq., and John Yang, Esq., shall each

promptly pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L. Civ. R. 101.1(c)(2) and New Jersey Court Rule 1:28-2; and it is further

**ORDERED**, Daralyn J. Durie, Esq., Adam R. Brausa, Esq., Kira A. Davis, Esq., Raymond N. Nimrod, Esq., Nicola R. Felice, Esq., and John Yang, Esq., shall each promptly make payment of $150.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3), as amended; and it is further

**ORDERED,** that Daralyn J. Durie, Esq., Adam R. Brausa, Esq., Kira A. Davis, Esq., Raymond N. Nimrod, Esq., Nicola R. Felice, Esq., and John Yang, Esq., shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104. 1, Discipline of Attorneys; and it is further

**ORDERED,** that Daralyn J. Durie, Esq., Adam R. Brausa, Esq., Kira A. Davis, Esq., Raymond N. Nimrod, Esq., Nicola R. Felice, Esq., and John Yang, Esq., shall notify this Court immediately of any disciplinary charges brought against her or him in the Bar of any other court; and it is further

**ORDERED,** that Daralyn J. Durie, Esq., Adam R. Brausa, Esq., Kira A. Davis, Esq., Raymond N. Nimrod, Esq., Nicola R. Felice, Esq., and John Yang, Esq., shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

_____
**HONORABLE TONIANNE J. BONGIOVANNI**
**UNITED STATES MAGISTRATE JUDGE**