Raymond N. Nimrod
Isaac Nesser
Nicola R. Felice
**QUINN EMANUEL URQUHART**
  **& SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
raynimrod@quinnemanuel.com
isaacnesser@quinnemanuel.com
nicolafelice@quinnemanuel.com

John Yang
**QUINN EMANUEL URQUHART**
  **& SULLIVAN, LLP**
3100 McKinnon St., Suite 1125
Dallas, TX 75201
(469) 902-3600
johnyang@quinnemanuel.com

*Attorneys for Plaintiff Genevant Sciences GmbH*

Arnold B. Calmann
Katherine A. Escanlar
**SAIBER LLC**
One Gateway Center, 9th Floor
Newark, NJ 07102-5308
(973) 622-3333
abc@saiber.com
kescanlar@saiber.com

*Attorneys for Plaintiffs Arbutus Biopharma Corp. & Genevant Sciences GmbH*

Daralyn J. Durie
Adam R. Brausa
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000
ddurie@mofo.com
abrausa@mofo.com

Kira Davis
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard
Los Angeles, CA, 90017-3543
(213) 892-5200
kiradavis@mofo.com

*Attorneys for Plaintiff Arbutus Biopharma Corp.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ARBUTUS BIOPHARMA CORP. and GENEVANT SCIENCES GMBH,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>PFIZER INC. and BIONTECH SE,<br><br>　　　　　　Defendants. | Civil Action No. 23-01876-ZNQ-TJB<br><br>**APPLICATION AND CLERK'S ORDER EXTENDING TIME FOR PLAINTIFFS TO ANSWER, MOVE OR OTHERWISE RESPOND TO DEFENDANTS' <u>COUNTERCLAIMS</u>**<br><br>*Document Filed Electronically* |

**APPLICATION** is hereby made, pursuant to Local Civil Rule 6.1(b), for a Clerk's Order extending the time within which Plaintiffs Arbutus Biopharma Corp. and Genevant Sciences GmbH (collectively, "Plaintiffs") may answer, move, or otherwise respond to Defendants Pfizer Inc. and BioNTech SE's (collectively, "Defendants") Counterclaims through, and including, Monday, August 14, 2023, and it is represented that:

1. Defendants' Answer, Affirmative Defenses, and Counterclaims in Response to Complaint for Patent Infringement was filed with this Court via CM/ECF (ECF No. 17) and electronically served upon Plaintiffs on July 10, 2023.

2. In accordance with Rule 12(a)(1)(B) of the Federal Rules of Civil Procedure, the time within which Plaintiffs may answer, move or otherwise respond to Defendants' Counterclaims does not expire until Monday, July 31, 2023.

3. No previous extension of time has been sought or obtained by Plaintiffs.

4. Accordingly, the granting of this application will extend the time within which Plaintiffs may answer, move, or otherwise respond to Defendants' Counterclaims through, and including, Monday, August 14, 2023.

Dated: July 26, 2023

Respectfully submitted,

**SAIBER LLC**

*Attorneys for Plaintiffs Arbutus Biopharma Corp. & Genevant Sciences GmbH*

s/ Arnold B. Calmann
Arnold B. Calmann
Katherine A. Escanlar
One Gateway Center, 9th Floor
Newark, NJ 07102-5308
(973) 622-3333
abc@saiber.com
kescanlar@saiber.com

Raymond N. Nimrod
Isaac Nesser
Nicola R. Felice
**QUINN EMANUEL URQUHART
 & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
raynimrod@quinnemanuel.com
isaacnesser@quinnemanuel.com
nicolafelice@quinnemanuel.com

John Yang
**QUINN EMANUEL URQUHART
 & SULLIVAN, LLP**
3100 McKinnon St., Suite 1125
Dallas, TX 75201
(469) 902-3600
johnyang@quinnemanuel.com

*Attorneys for Plaintiff Genevant Sciences GmbH*

Daralyn J. Durie
Adam R. Brausa
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000
ddurie@mofo.com
abrausa@mofo.com

Kira Davis
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard
Los Angeles, CA, 90017-3543
(213) 892-5200
kiradavis@mofo.com

*Attorneys for Plaintiff Arbutus Biopharma Corp.*