| | |
|---|---|
| Raymond N. Nimrod<br>Isaac Nesser<br>Nicola R. Felice<br>**QUINN EMANUEL URQUHART**<br>   **& SULLIVAN, LLP**<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>(212) 849-7000<br>raynimrod@quinnemanuel.com<br>isaacnesser@quinnemanuel.com<br>nicolafelice@quinnemanuel.com<br><br>John Yang<br>**QUINN EMANUEL URQUHART**<br>   **& SULLIVAN, LLP**<br>3100 McKinnon St., Suite 1125<br>Dallas, TX 75201<br>(469) 902-3600<br>johnyang@quinnemanuel.com<br><br>*Attorneys for Plaintiff Genevant Sciences GmbH* | Arnold B. Calmann<br>Katherine A. Escanlar<br>**SAIBER LLC**<br>One Gateway Center, 9th Floor<br>Newark, NJ 07102-5308<br>(973) 622-3333<br>abc@saiber.com<br>kescanlar@saiber.com<br><br>*Attorneys for Plaintiffs Arbutus Biopharma Corp. & Genevant Sciences GmbH*<br><br>Daralyn J. Durie<br>Adam R. Brausa<br>**MORRISON & FOERSTER LLP**<br>425 Market Street<br>San Francisco, CA 94105-2482<br>(415) 268-7000<br>ddurie@mofo.com<br>abrausa@mofo.com<br><br>Kira A. Davis<br>**MORRISON & FOERSTER LLP**<br>707 Wilshire Boulevard<br>Los Angeles, CA, 90017-3543<br>(213) 892-5200<br>kiradavis@mofo.com<br><br>*Attorneys for Plaintiff Arbutus Biopharma Corp.* |

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARBUTUS BIOPHARMA CORP. and GENEVANT SCIENCES GMBH,<br><br>            Plaintiffs,<br><br>     v.<br><br>PFIZER INC. and BIONTECH SE,<br><br>            Defendants. | Civil Action No.  23-01876-ZNQ-TJB<br><br>**CERTIFICATE OF SERVICE**<br><br>*Document Filed Electronically* |

**ARNOLD B. CALMANN, ESQ.**, hereby certifies as follows:

1. I am an attorney-at-law of the State of New Jersey and admitted to practice before the Courts of the State of New Jersey and the United States District Court for the District of New Jersey.

2. I hereby certify that on the 14th day of August, 2023, I caused a copy of Plaintiffs' Answer to Defendants' Counterclaims and this Certificate of Service to be served upon counsel of record by CM/ECF and electronic mail.

*s/ Arnold B. Calmann*
Arnold B. Calmann