UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARBUTUS BIOPHARMA CORP. and GENEVANT SCIENCES GMBH,<br><br>      Plaintiffs/Counterclaim-Defendants,<br><br>v.<br><br>PFIZER INC. and BIONTECH SE,<br><br>      Defendants/Counterclaimants. | Civil Action No. 23-1876 (ZNQ) (TJB)<br><br>*Document Electronically Filed*<br><br>**NOTICE OF APPEARANCE OF ERIC W. DITTMANN** |

**PLEASE TAKE NOTICE** that the undersigned hereby enters his appearance as counsel for Defendant/Counterclaimant BioNTech SE in the above-captioned action. Please serve copies of all papers in this matter upon the undersigned attorney at the office and e-mail address listed below.

Dated: August 21, 2023
      New York, New York

s/ Eric W. Dittmann
Eric W. Dittmann
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Tel: (212) 318-6000
Fax: (212) 319-4090
ericdittmann@paulhastings.com