# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARBUTUS BIOPHARMA CORP. and GENEVANT SCIENCES GMBH,<br><br>        Plaintiffs/Counterclaim-Defendants,<br><br>v.<br><br>PFIZER INC. and BIONTECH SE,<br><br>        Defendants/Counterclaimants. | Civil Action No. 23-1876 (ZNQ) (TJB)<br><br>*Document Electronically Filed*<br><br>**NOTICE OF APPEARANCE OF ISAAC S. ASHKENAZI** |

**PLEASE TAKE NOTICE** that the undersigned hereby enters his appearance as counsel for Defendant/Counterclaimant BioNTech SE in the above-captioned action.  Please serve copies of all papers in this matter upon the undersigned attorney at the office and e-mail address listed below.

Dated: August 21, 2023  
      New York, New York

s/ Isaac S. Ashkenazi          
Isaac S. Ashkenazi  
**PAUL HASTINGS LLP**  
200 Park Avenue  
New York, New York 10166  
Tel:  (212) 318-6000  
Fax:  (212) 319-4090  
isaacashkenazi@paulhastings.com