UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARBUTUS BIOPHARMA CORP. and GENEVANT SCIENCES GMBH,<br><br>Plaintiffs/Counterclaim-Defendants<br><br>v.<br><br>PFIZER INC. and BIONTECH SE,<br><br>Defendants/Counterclaimants. | Civil Action No. 23-01876 (ZNQ) (TJB)<br><br>*Document Electronically Filed*<br><br>**REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting an application to appear *pro hac vice* in the within matter has been entered (ECF No. 32); and

2. The admission fee, in the amount of $150, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated: September 8, 2023
Newark, New Jersey

s/ William P. Deni, Jr.
William P. Deni, Jr.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4853
wdeni@gibbonslaw.com

*Attorneys for Defendants/Counterclaimants*

PRO HAC VICE ATTORNEY INFORMATION:

Name:     Bruce M. Wexler

Address:  PAUL HASTINGS LLP
          200 Park Avenue
          New York, NY 10166

E-mail:   brucewexler@paulhastings.com