UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARBUTUS BIOPHARMA CORP. and GENEVANT SCIENCES GMBH,<br><br>Plaintiffs/Counterclaim-Defendants<br><br>v.<br><br>PFIZER INC. and BIONTECH SE,<br><br>Defendants/Counterclaimants. | Civil Action No. 23-01876 (ZNQ) (TJB)<br><br>*Document Electronically Filed*<br><br>**REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting an application to appear *pro hac vice* in the within matter has been entered (ECF No. 32); and

2. The admission fee, in the amount of $150, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated: September 8, 2023　　　　　s/ William P. Deni, Jr.
　　　　　Newark, New Jersey　　　　　William P. Deni, Jr.
　　　　　　　　　　　　　　　　　　**GIBBONS P.C.**
　　　　　　　　　　　　　　　　　　One Gateway Center
　　　　　　　　　　　　　　　　　　Newark, New Jersey 07102
　　　　　　　　　　　　　　　　　　(973) 596-4853
　　　　　　　　　　　　　　　　　　wdeni@gibbonslaw.com

　　　　　　　　　　　　　　　　　　*Attorneys for Defendants/Counterclaimants*

PRO HAC VICE ATTORNEY INFORMATION:

Name:　　　　Simon F. Kung

Address:　　　PAUL HASTINGS LLP
　　　　　　　1117 S. California Avenue
　　　　　　　Palo Alto, CA 94304

E-mail:　　　　simonkung@paulhastings.com