

**Saiber**
ATTORNEYS AT LAW

**Arnold B. Calmann**
973.645.4828
abc@saiber.com

October 2, 2023

**VIA ELECTRONIC FILING**
The Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & United States Courthouse
402 East State Street
Trenton, New Jersey 08608

> Re: *Arbutus Biopharma Corp. et al. v. Pfizer Inc., et al.*
> **Civil Action No. 3:23-01876-ZNQ-TJB**

Dear Judge Bongiovanni:

We represent the Plaintiffs in the above matter along with our co-counsel for Arbutus Biopharma Corp., Morrison & Foerster LLP, and co-counsel for Genevant Sciences GmbH, Quinn Emanuel Urquhart & Sullivan, LLP. We write on behalf of the parties to respectfully and jointly request the Court's approval of an extension, from October 2 until and including October 23, 2023, to submit a proposed Confidentiality Order ("CO").

Good cause supports the requested extension. Despite diligent efforts to prepare and finalize a CO for submission by the October 2 deadline, additional time is required for counsel for the parties to meet and confer and attempt to reach an accord on a proposed CO, or if an agreement cannot be reached to prepare a joint submission on any remaining disputes. No previous extension to file the CO has been obtained.

Accordingly, we respectfully request that Your Honor grant this extension of time until October 23, 2023, for submission of the proposed CO. If this request is acceptable to the Court, we would respectfully request that the Court execute the below provision and have this letter filed with the Clerk of the Court.

We thank the Court for its consideration and assistance in this matter. Naturally, if the Court has any questions, we would be pleased to respond at the Court's convenience.

01696819.DOCX

Saiber LLC • One Gateway Center, 9th Floor, Suite 950 • Newark, New Jersey • 07102-5308 • Tel 973.622.3333 • Fax 973.622.3349 • www.saiber.com
Florham Park • Newark • New York • Philadelphia

Honorable Tonianne J. Bongiovanni, U.S.D.J.
October 2, 2023
Page 2

Respectfully submitted,

Arnold B. Calmann

cc: Counsel of record (by CM/ECF and electronic mail)

The above request for an extension of time,
to October 23, 2023, to submit the Confidentiality
Order in this matter is hereby granted,
this ___ day of October, 2023.

**HON. TONIANNE J. BONGIOVANNI, U.S.M.J.**

01696819.DOCX