

**Arnold B. Calmann**
   973.645.4828
   abc@saiber.com

November 13, 2023

**VIA ELECTRONIC FILING**
The Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & United States Courthouse
402 East State Street
Trenton, New Jersey 08608

   **Re:** *Arbutus Biopharma Corp. et al. v. Pfizer Inc., et al.*
      **Civil Action No. 3:23-01876-ZNQ-TJB**

Dear Judge Bongiovanni:

  We represent the Plaintiffs in the above matter along with our co-counsel for Arbutus Biopharma Corp., Morrison & Foerster LLP, and co-counsel for Genevant Sciences GmbH, Quinn Emanuel Urquhart & Sullivan, LLP.  We write on behalf of the parties to respectfully and jointly request the Court's approval of an extension, from November 13 until and including December 4, 2023, to submit a proposed Confidentiality Order ("CO").

  Additional time is required for counsel for the parties to continue to meet and confer and attempt to reach an accord, or if an agreement cannot be reached to prepare a joint submission on any remaining disputes.

  Accordingly, we respectfully request that Your Honor grant this extension of time until December 4, 2023, for submission of the proposed CO.  If this request is acceptable to the Court, we would respectfully request that the Court execute the below provision and have this letter filed with the Clerk of the Court.

  We thank the Court for its consideration and assistance in this matter.  Naturally, if the Court has any questions, we would be pleased to respond at the Court's convenience.

             Respectfully submitted,

             */s/ Arnold B. Calmann*

             Arnold B. Calmann

Saiber LLC • 18 Columbia Turnpike, Suite 200 • Florham Park, New Jersey • 07932-2266 • Tel 973.622.3333 • Fax 973.622.3349 • www.saiber.com

Florham Park  •  Newark  •  New York  •  Philadelphia

Honorable Tonianne J. Bongiovanni, U.S.M.J.
November 13, 2023
Page 2

cc: Counsel of record (by CM/ECF and electronic mail)

> The above request for an extension of time, to December 4, 2023, to submit the Confidentiality Order in this matter is hereby granted, this_____day of _____, 2023.

_____
**HON. TONIANNE J. BONGIOVANNI, U.S.M.J.**