UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARBUTUS BIOPHARMA CORP. and GENEVANT SCIENCES GMBH,<br><br>　　　　Plaintiffs/Counterclaim-Defendants,<br><br>　v.<br><br>PFIZER INC. and BIONTECH SE,<br><br>　　　　Defendants/Counterclaimants. | Civil Action No. 23-1876 (ZNQ) (TJB)<br><br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court upon the request of the parties for entry of an Amended Scheduling Order; and for good cause shown:

**IT IS** on this 27th day of November 2023,

**ORDERED** that the schedule is amended as follows:

| Event | Date |
|---|---|
| Defendants to serve Non-Infringement Contentions and any document or thing they intend to rely on (L. Pat. R. 3.2A)<br><br>Defendants to serve Invalidity Contentions and document production accompanying disclosure (L. Pat. R. 3.3, 3.4) | December 18, 2023 |
| Plaintiffs to serve Responses to Invalidity Contentions and any document or thing they intend to rely on (L. Pat. R. 3.4A) | February 1, 2024 |
| Identification of Claim Terms for Construction (L. Pat. R. 4.1(a)) | February 15, 2024 |
| Parties' Exchange of Preliminary Claim Constructions for Claim Terms Identified and Intrinsic/Extrinsic Evidence (L. Pat. R. 4.2(a) & (b)) | March 21, 2024 |
| Parties' Exchange of Identification of Intrinsic and Extrinsic Evidence to Oppose Opponent's Proposed Construction (L. Pat. R. 4.2(c)) | April 4, 2024 |
| Parties' Submission of Joint Claim Construction and Prehearing Statement (L. Pat. R. 4.3) | April 15, 2024 |

2

All other deadlines and provisions as set forth in the Court's September 7, 2023 Letter Order (ECF No. 33) remain in full force and effect.

s/Tonianne J. Bongiovanni<br>
Hon. Tonianne J. Bongiovanni, U.S.M.J.