

WILLIAM P. DENI, JR.
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102
Direct: (973) 596-4853 Fax: (973) 639-8373
wdeni@gibbonslaw.com

December 4, 2023

**VIA ECF**

Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

  **Re:** ***Arbutus Pharma Corp., et al. v. Pfizer Inc., et al.***
    **Civil Action No. 23-1876 (ZNQ) (TJB)**

Dear Judge Bongiovanni:

   This firm, along with Paul Hastings LLP, represents BioNTech SE in the above-referenced action.  We write, jointly with all other parties, to respectfully request an 11-day extension of the parties' deadline to file a proposed Confidentiality Order or, if the parties are unable to reach agreement, a joint dispute letter addressing any disputes that remain.  With this extension, the parties' deadline would be extended to December 15, 2023.

   If Your Honor approves of this extension, we respectfully request that Your Honor "So Order" this letter.  We thank the Court for its consideration of this request.

       Respectfully submitted,


       s/ William P. Deni, Jr.
       William P. Deni, Jr.

cc:  All counsel of record (via ECF)