UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARBUTUS BIOPHARMA CORP. and GENEVANT SCIENCES GMBH, <br><br> Plaintiffs/Counterclaim-Defendants, <br><br> v. <br><br> PFIZER, INC. and BIONTECH SE, <br><br> Defendants/Counterclaimants. | Civil Action No. 23-1876 (ZNQ) (TJB) <br><br> **CONSENT ORDER AMENDING PRETRIAL SCHEDULING ORDER (ECF NO. 33)** <br><br> *Document Electronically Filed* |

**THIS MATTER** having been jointly opened to the Court by Plaintiffs Arbutus Biopharma Corporation ("Arbutus") and Genevant Sciences GmbH ("Genevant") (collectively, "Plaintiffs") and Defendants Pfizer Inc. ("Pfizer") and BioNTech SE ("BioNTech") (collectively, "Defendants'), for entry of an Order amending the Pretrial Scheduling Order (ECF No. 33) and setting October 21, 2024 as the deadline for the amendment to pleadings or to add parties; and the Court having been informed in a letter from Arnold B. Calmann, Esq., counsel for Plaintiffs, dated March 11, 2024 and submitted concurrently herewith, that Plaintiffs and Defendants have agreed upon the October 21, 2024 deadline; and the Court having considered the status of the pleadings herein; and for other and good cause having been shown,

**IT IS** on this  12th  day of  March , 2024;

**ORDERED** that the Pretrial Scheduling Order (ECF No. 33) is hereby amended with respect to the due date for the amendment to pleadings and to add parties; and it is further

**ORDERED** that the deadline for the amendment to pleadings and to add parties is October 21, 2024; and it is further

**ORDERED** that all other deadlines, except as amended in the November 27, 2023 Amended Scheduling Order (ECF No. 50), remain unchanged; and it is further

**ORDERED** that the status telephone conference scheduled for March 13, 2024 is hereby adjourned.  The Court shall conduct the status conference on April 24, 2024 at 10:30 a.m. No later than April 17, 2024, the parties shall provide a status update to tjb_orders@njd.uscourts.gov outlining whether there are any issues ripe for discussion. Dial-in information shall be provided for the conference at a later date.

 s/Tonianne J. Bongiovanni  
**HONORABLE TONIANNE J. BONGIOVANNI**  
**UNITED STATES MAGISTRATE JUDGE**