

**Arnold B. Calmann**
**(973) 645-4828**
**abc@saiber.com**

May 8, 2024

**BY ELECTRONIC FILING**

The Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re: *Arbutus Biopharma Corp. et al. v. Pfizer Inc., et al.*
      Civil Action No. 3:23-01876-ZNQ-TJB

Dear Judge Bongiovanni:

    We represent the Plaintiffs in the above matter along with our co-counsel for Arbutus Biopharma Corp., Morrison & Foerster LLP, and co-counsel for Genevant Sciences GmbH, Quinn Emanuel Urquhart & Sullivan, LLP.

    We write jointly on behalf of Plaintiffs and Defendants Pfizer Inc. and BioNTech SE to provide a status update in this matter. The parties have been meeting and conferring regarding several discovery disputes. Those discussions have been making progress, but there are still a number of outstanding issues that the parties have yet to resolve. The parties would appreciate some additional time to meet and confer in a further effort to attempt to amicably resolve the outstanding issues without seeking judicial assistance at this time.

    Accordingly, we respectfully request a three-week adjournment of the status telephone conference presently scheduled for May 16, 2024 at 2:30 p.m. If this request meets with the Court's approval, we respectfully request that Your Honor execute the provision below and have this letter entered on the docket by the Clerk of the Court. We thank the Court for its consideration and continued assistance in this matter.

Respectfully submitted,

Arnold B. Calmann

cc: Counsel of Record (by CM/ECF and Electronic Mail)

It is on this ___ day of May, 2024

ORDERED that the May 16, 2024 status telephone conference is hereby rescheduled to _____.

_____
HON. TONIANNE J. BONGIOVANNI, U.S.M.J.