

WILLIAM P. DENI, JR.
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102
Direct: (973) 596-4853 Fax: (973) 639-8373
wdeni@gibbonslaw.com

June 14, 2024

**VIA ECF**

Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

      Re:  *Arbutus Pharma Corp., et al. v. Pfizer Inc., et al.*
            Civil Action No. 23-1876 (ZNQ) (TJB)

Dear Judge Bongiovanni:

    This firm, along with Paul Hastings LLP, represents BioNTech SE in the above-referenced action. We write to respectfully request that the deadline for the parties to file opening *Markman* submissions be extended from June 17, 2024 to June 19, 2024. The other parties do not object to this extension request.

    If Your Honor approves of this extension, we respectfully request that Your Honor "So Order" this letter. We thank the Court for its consideration of this request.

                                              Respectfully submitted,

                                              s/ William P. Deni, Jr.
                                              William P. Deni, Jr.

cc:  All counsel of record (via ECF)