UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE: TRENTON**
**MAGISTRATE JUDGE: BONGIOVANNI**
**Digitally Recorded: John Moller**

**July 2, 2024**
**DATE OF PROCEEDINGS**

**TITLE OF CASE**:  **23-cv-1876 (ZNQ)**

ARBUTUS PHARMA CORP., et al
    V.
PFIZER INC., et al.

**APPEARANCES:**

Appearances made on the record.

**NATURE OF PROCEEDING:**

Telephonic Discovery Hearing held.

TIME COMMENCED:   12:02 p.m.
TIME ADJOURNED:   1:55 p.m.
TOTAL TIME:  1 HOUR 53  MINUTES

s/ John Moller
Deputy Clerk