

**WALSH PIZZI O'REILLY FALANGA**

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

July 8, 2024

**VIA ECF**
Hon. Tonianne J. Bongiovanni, U.S.M.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, New Jersey 08608

    Re:    *Arbutus Biopharma Corp., et al. v. Pfizer Inc., et al.*
              Civil Action No.: 3:23-cv-01876 (ZNQ-TJB)

Dear Judge Bongiovanni:

    This firm, together with Willkie Farr & Gallagher LLP, represents Defendant Pfizer Inc. in the above-captioned matter.

    We write on behalf of all parties to respectfully request an extension until July 11, 2024 for the parties to file the joint motion to seal the parties' discovery dispute submissions filed at D.E. 73, 79, 81, and 85-87 and corresponding extension of the deadline to submit redacted versions of those submissions. This extension is requested to allow the parties additional time to review and redact the documents that were filed under seal.

    Pursuant to L. Civ. R. 5.3(c)(2)(ii), the motion and the redacted versions are currently due on July 8, 2024, and with the requested extension will be due on July 11, 2024.

    If Your Honor approves of the requested extension, we respectfully request that you "so order" this letter and have it filed on the docket. Thank you for your consideration of this matter.

                                   Respectfully submitted,

                                   *s/Liza M. Walsh*

                                   Liza M. Walsh

cc:    All Counsel of Record (via ECF & email)

SO ORDERED this 8th day of July, 2024.

Honorable Tonianne J. Bongiovanni, U.S.M.J.