**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

ARBUTUS BIOPHARMA CORP. and
GENEVANT SCIENCES GMBH,

        Plaintiffs/Counterclaim-Defendants,

v.

PFIZER INC. and BIONTECH SE,

        Defendants/Counterclaimants.

Civil Action No. 23-1876 (ZNQ) (TJB)

*Document Electronically Filed*

**ORDER GRANTING**
***PRO HAC VICE* ADMISSIONS**

    **THIS MATTER** having been brought before the Court by Defendant/Counterclaimant BioNTech SE ("BioNTech") by and through its attorneys, Gibbons P.C., for entry of an Order admitting Magdalini Vasiadi ("Applicant") of the law firm Paul Hastings LLP as counsel *pro hac vice* for BioNTech pursuant to Local Civil Rule 101.1(c); and the Court having considered the supporting certifications of counsel; and all other parties having consented to this application; and for good cause shown;

    **IT IS** on this <u>8th</u> day of <u>June</u> 2024, hereby

    **ORDERED** that BioNTech's application is granted, and Applicant is admitted to practice *pro hac vice* before this Court pursuant to Local Civil Rule 101.1(c) for all purposes and in all proceedings connected with this litigation; and it is further

    **ORDERED** that Applicant shall comply with Local Civil Rule 101.1(c) and abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting counsel's standing at the bar of any court; and it is further

    **ORDERED** that Applicant shall make payment to the New Jersey Lawyers' Fund for Client Protection as provided in New Jersey Court Rule 1:28-2(a); and it is further

2

**ORDERED** that Applicant shall make payment of $250.00 to the Clerk, United States District Court, as required by Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that the Clerk of this Court shall forward a copy of this Order to the Treasurer of the New Jersey Lawyers' Fund for Client Protection; and it is further

**ORDERED** that all pleadings, briefs and other papers filed with the Court shall be signed by an attorney-at-law of this Court associated with the law firm of Gibbons P.C., who shall be responsible for them and for the conduct of Applicant.


    s/Tonianne J. Bongiovanni
    Honorable Tonianne J. Bongiovanni, U.S.M.J.