# EXHIBIT C

**Redacted in Full**