

WILLIAM P. DENI, JR.
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102
Direct: (973) 596-4853 Fax: (973) 639-8373
wdeni@gibbonslaw.com

June 20, 2024

**VIA ECF (FILED UNDER SEAL)**

Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

      Re: *Arbutus Pharma Corp., et al. v. Pfizer Inc., et al.*
           Civil Action No. 23-1876 (ZNQ) (TJB)

Dear Judge Bongiovanni:

      This firm, along with Paul Hastings LLP, represents Defendant BioNTech SE in the above-referenced action. We write on behalf of BioNTech and co-defendant Pfizer Inc. in response to Plaintiffs' June 19, 2024 letter. (ECF No. 82).

      Defendants look forward to resolving the discovery issues raised by the parties as soon as practicable. (*See* ECF Nos. 73, 79). Counsel for BioNTech, however, have a trial in another litigation scheduled next week. As such, Defendants respectfully request that the Court schedule a conference to resolve these issues during the first week of July or on such a date and time thereafter as the Court finds suitable. Defendants do not oppose Plaintiffs' request to respond to Defendants' June 14 letter by June 24, but Defendants respectfully request that the Court hear both discovery disputes in a single proceeding for the sake of efficiency, as suggested during the June 5 conference.

      Finally, as confirmed in its June 13 email to the Court, ███████████████████████████████████████████████████████████████████████████ (ECF No. 82).

      We thank the Court for its attention to this matter and remain available at the Court's convenience to address any questions or concerns.

                             Respectfully submitted,

                             s/ William P. Deni, Jr.
                             William P. Deni, Jr.

cc: All counsel of record (via email)