

**Arnold B. Calmann**
**(973) 645-4828**
abc@saiber.com

July 11, 2024

**BY ELECTRONIC FILING**
The Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

   Re: ***Arbutus Biopharma Corp. et al. v. Pfizer Inc., et al.***
      <u>**Civil Action No. 3:23-01876-ZNQ-TJB**</u>

Dear Judge Bongiovanni:

  We represent the Plaintiffs in the above matter along with our co-counsel for Arbutus Biopharma Corp., Morrison & Foerster LLP, and co-counsel for Genevant Sciences GmbH, Quinn Emanuel Urquhart & Sullivan, LLP.

  Out of an abundance of caution, Plaintiffs filed its June 24 letter to Your Honor requesting the scheduling of a discovery hearing under seal (ECF No. 87).  Since the filing of Plaintiffs' June 24 letter, and after conferring with counsel for Defendants, we have determined that the letter (ECF No. 87) may be unsealed.  Accordingly, we respectfully request that Your Honor direct the Clerk of the Court to unseal ECF No. 87.  If this request meets with the Court's approval, we respectfully request that Your Honor execute the provision below and have this letter entered on the docket by the Clerk of the Court.

  We thank the Court for its consideration and continued assistance in this matter.

It is on this <u>12th</u> day of <u>July</u>, 2024
SO ORDERED.

s/Tonianne J. Bongiovanni
Hon. Tonianne J. Bongiovanni

Respectfully submitted,

Arnold B. Calmann

cc: Counsel of Record (by CM/ECF and Electronic Mail)

Saiber LLC • 18 Columbia Turnpike, Suite 200 • Florham Park, New Jersey • 07932-2266 • Tel 973.622.3333 • Fax 973.622.3349 • www.saiber.com
Florham Park   •   Newark   •   New York   •   Philadelphia

It is on this _____ day of July, 2024

ORDERED that the Clerk of the Court shall unseal Plaintiffs' June 24, 2024 letter requesting the scheduling of a discovery hearing at ECF No. 87.

_____
HON. TONIANNE J. BONGIOVANNI, U.S.M.J.