| | |
|---|---|
| Raymond N. Nimrod<br>Isaac Nesser<br>Nicola R. Felice<br>**QUINN EMANUEL URQUHART**<br>   **& SULLIVAN, LLP**<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>(212) 849-7000<br>raynimrod@quinnemanuel.com<br>isaacnesser@quinnemanuel.com<br>nicolafelice@quinnemanuel.com | Arnold B. Calmann<br>Katherine A. Escanlar<br>**SAIBER LLC**<br>18 Columbia Turnpike, Suite 200<br>Florham Park, NJ<br>(973) 622-3333<br>abc@saiber.com<br>kescanlar@saiber.com<br><br>*Attorneys for Plaintiffs Arbutus Biopharma Corp. & Genevant Sciences GmbH* |
| John Yang<br>**QUINN EMANUEL URQUHART**<br>   **& SULLIVAN, LLP**<br>3100 McKinnon St., Suite 1125<br>Dallas, TX 75201<br>(469) 902-3600<br>johnyang@quinnemanuel.com<br><br>*Attorneys for Plaintiff Genevant Sciences GmbH* | Daralyn J. Durie<br>Adam R. Brausa<br>Eric C. Wiener<br>**MORRISON & FOERSTER LLP**<br>425 Market Street<br>San Francisco, CA 94105-2482<br>(415) 268-7000<br>ddurie@mofo.com<br>abrausa@mofo.com<br>ewiener@mofo.com |
| Nate Tan<br>**MORRISON & FOERSTER LLP**<br>2100 L Street, NW<br>Suite 900<br>Washington, D.C., 20037<br>ntan@mofo.com | Kira Davis<br>**MORRISON & FOERSTER LLP**<br>707 Wilshire Boulevard<br>Los Angeles, CA, 90017-3543<br>(213) 892-5200<br>kiradavis@mofo.com<br><br>*Attorneys for Plaintiff Arbutus Biopharma Corp.* |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ARBUTUS BIOPHARMA CORP. and GENEVANT SCIENCES GMBH,<br><br>              Plaintiffs,<br><br>      v.<br><br>PFIZER INC. and BIONTECH SE,<br><br>              Defendants. | Civil Action No.  23-01876-ZNQ-TJB<br><br>**APPLICATION AND CERTIFICATION OF ARNOLD B. CALMANN IN SUPPORT OF PRO HAC VICE <u>ADMISSION OF COUNSEL</u>**<br><br>*Document Filed Electronically* |

**ARNOLD B. CALMANN**, of full age, hereby certifies as follows:

1. I am a member of the law firm of Saiber LLC, 18 Columbia Turnpike, Suite 200, Florham Park, New Jersey. I am admitted to practice before the Courts of the State of New Jersey and the United States District Court for the District of New Jersey. I am a member in good standing of both bars, and I am not under suspension or disbarment by these courts or by any other court or jurisdiction.

2. I submit this Certification in support of the application by plaintiff Arbutus Biopharma Corp. ("Arbutus") for the admission *pro hac vice* of Eric C. Wiener, Esq., Morrison & Foerster LLP, 425 Market Street, San Francisco, CA 94105-2482, and David N. Tan, Esq., Morrison & Foerster LLP, 2100 L Street, NW, Suite 900, Washington, D.C. 20037, to appear as co-counsel for Arbutus in this matter.

3. Pursuant to Local Civil Rule 101.1, I understand that all pleadings, briefs, stipulations, and other papers filed with the Court shall be signed by or for me or another attorney associated with Saiber LLC. Further, I agree to promptly notify the attorneys admitted *pro hac vice* herein of the receipt of all notices, orders and pleadings.

4. Pursuant to Local Civil Rule 101.1, I understand that I shall be held responsible for the conduct of the case and shall be present before the Court during all phases of these proceedings, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorneys admitted *pro hac vice* herein.

5. Defendants in this action consent and have no objection to the *pro hac vice* admission of our co-counsel.

    6. On behalf of Arbutus, I respectfully request that the Court grant Arbutus's application to have Eric C. Wiener, Esq. and David N. Tan, Esq., admitted *pro hac vice* to appear and participate as co-counsel in this matter pursuant to Local Civil Rule 101.1(c).

    I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  July 25, 2024                  s/ Arnold B. Calmann
                                  Arnold B. Calmann