

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

July 26, 2024

**VIA ECF**
Hon. Tonianne J. Bongiovanni, U.S.M.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, New Jersey 08608

  Re: *Arbutus Biopharma Corp., et al. v. Pfizer Inc., et al.*
    Civil Action No.: 3:23-cv-01876 (ZNQ-TJB)

Dear Judge Bongiovanni:

  This firm, together with Willkie Farr & Gallagher LLP, represents Defendant Pfizer Inc. in the above-captioned matter.

  We write on behalf of the parties to request that the parties be permitted to file an omnibus joint motion to seal the July 2, 2024 Transcript (ECF No. 109) as well as the Court's July 12, 2024 Order (ECF No. 107). The motion to seal and redacted version of the July 2, 2024 Transcript is currently due on August 1, 2024, and the motion to seal the Court's July 12, 2024 Order is due August 9, 2024. The parties respectfully request that the omnibus motion to seal both the Transcript and the Order be due August 9, 2024.

  The filing of one omnibus joint motion to seal the above listed materials is the most efficient means of resolving the interrelated sealing issues and will avoid burdening the Court and the parties with excessive and duplicative sealing motion practice.

  The parties appreciate the Court's consideration of this matter. If Your Honor approves of this request to file an omnibus motion to seal, we respectfully request that you "so order" this letter and have it filed on the docket. As always, we are available should Your Honor or Your Honor's staff have any questions or need anything further.

            Respectfully submitted,

            *s/Liza M. Walsh*

            Liza M. Walsh

cc: All Counsel of Record (via ECF & email)

Hon. Tonianne J. Bongiovanni, U.S.M.J.
July 26, 2024
Page 2

SO ORDERED this _____ day of July, 2024.


_____
Honorable Tonianne J. Bongiovanni, U.S.M.J.