UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARBUTUS BIOPHARMA CORP. and GENEVANT SCIENCES GMBH,<br><br>     Plaintiffs,<br><br>  v.<br><br>PFIZER INC. and BIONTECH SE,<br><br>     Defendants. | Civil Action No. 23-01876-ZNQ-TJB<br><br>**ORDER FOR PRO HAC VICE ADMISSION**<br><br>*Document Filed Electronically* |

**THIS MATTER** having been brought before the Court by Arnold B. Calmann, Esq., of Saiber LLC, attorneys for plaintiff Arbutus Biopharma Corp. ("Arbutus"), on application to allow Eric C. Wiener, Esq. and David N. Tan, Esq., Morrison & Foerster LLP, to appear and participate *pro hac vice*; and the Court having noted that defendants Pfizer Inc. and BioNTech SE consent and have no objection to the *pro hac vice* admission of the foregoing counsel; and the Court having considered the supporting papers; and for good cause shown;

**IT IS** on this __29th__ day of __July__, 2024,

**ORDERED,** that the application of Arbutus, be and it hereby is **GRANTED**; and it is further

**ORDERED,** that Eric C. Wiener, Esq., a member in good standing of the Bars of the Commonwealth of Virginia, the State of California, and the District of Columbia, be permitted to appear pro hac vice in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

**ORDERED,** that David N. Tan, Esq., a member in good standing of the Bars of the State of Maryland and the District of Columbia, be permitted to appear pro hac vice in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

**ORDERED,** that all pleadings, briefs, and other papers filed with the Court shall be signed by a member or associate of the law firm of Saiber LLC, attorneys of record for Arbutus, who is admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorneys admitted pursuant to this Order; and it is further

**ORDERED,** that Eric C. Wiener, Esq. and David N. Tan, Esq., shall each promptly pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L. Civ. R. 101.1(c)(2) and New Jersey Court Rule 1:28-2; and it is further

**ORDERED**, Eric C. Wiener, Esq. and David N. Tan, Esq., shall each promptly make payment of $250.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3), as amended; and it is further

**ORDERED,** that Eric C. Wiener, Esq. and David N. Tan, Esq., shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104. 1, Discipline of Attorneys; and it is further

**ORDERED,** that Eric C. Wiener, Esq. and David N. Tan, Esq., shall notify this Court immediately of any disciplinary charges brought against him in the Bar of any other court; and it is further

**ORDERED,** that Eric C. Wiener, Esq. and David N. Tan, Esq., shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

      s/Tonianne J. Bongiovanni
_____
**HONORABLE TONIANNE J. BONGIOVANNI**
**UNITED STATES MAGISTRATE JUDGE**