

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

August 1, 2024

**VIA ECF**
Hon. Tonianne J. Bongiovanni, U.S.M.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, New Jersey 08608

    Re:    *Arbutus Biopharma Corp., et al. v. Pfizer Inc., et al.*
             Civil Action No.: 3:23-cv-01876 (ZNQ-TJB)

Dear Judge Bongiovanni:

    We write on behalf of Pfizer Inc. ("Pfizer") and BioNTech SE ("BioNTech" and collectively with Pfizer, "Defendants") in response to Plaintiffs' July 31, 2024 letter to the Court, ECF No. 139.

    Defendants strenuously dispute Plaintiffs' characterization of the facts and the parties' correspondence and submit that the requested relief is not ripe for Court intervention. Defendants respectfully request the opportunity to provide a more fulsome response as to our position.

    Defendants request one week, until August 8, 2024, to submit a response. If that is acceptable to Your Honor, Defendants respectfully request that you "so order" this letter and have it filed on the docket. As always, we are available should Your Honor or Your Honor's staff have any questions.

                                  Respectfully submitted,

                                  *s/Liza M. Walsh*

                                  Liza M. Walsh

SO ORDERED this \_\_\_\_ day of August, 2024.

_____
Honorable Tonianne J. Bongiovanni, U.S.M.J.