

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

August 9, 2024

**VIA ECF**
Hon. Tonianne J. Bongiovanni, U.S.M.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, New Jersey 08608

    Re:    *Arbutus Biopharma Corp., et al. v. Pfizer Inc., et al.*
            **Civil Action No.: 3:23-cv-01876 (ZNQ-TJB)**

Dear Judge Bongiovanni:

    This firm, together with Willkie Farr & Gallagher LLP, represents Defendant Pfizer Inc. in the above-captioned matter.

    We write, with Plaintiffs and Defendant BioNTech SE's consent, to respectfully request a one-week extension to file a motion to seal portions of the Transcript of the July 2, 2024 hearing (D.E. 109), as well as the July 12, 2024 Letter Order (D.E. 107). This extension is requested to allow Pfizer additional time to review and redact the documents that were filed under seal and meet and confer regarding the same.

    Pursuant to L. Civ. R. 5.3(c)(2)(ii), the motion and the redacted versions are currently due today, and with the requested extension will be due on August 16, 2024.

    If Your Honor approves of the requested extension, we respectfully request that you "so order" this letter and have it filed on the docket. Thank you for your consideration of this matter.

                                        Respectfully submitted,

                                        *s/Liza M. Walsh*

                                        Liza M. Walsh

cc:    All Counsel of Record (via ECF & email)

SO ORDERED this 9th day of August, 2024.

s/Tonianne J. Bongiovanni
_____
Honorable Tonianne J. Bongiovanni, U.S.M.J.