

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

August 21, 2024

**VIA ECF**
Hon. Tonianne J. Bongiovanni, U.S.M.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, New Jersey 08608

> Re:    ***Arbutus Biopharma Corp., et al. v. Pfizer Inc., et al.***
>        **Civil Action No.: 3:23-cv-01876 (ZNQ-TJB)**

Dear Judge Bongiovanni:

This firm, together with Willkie Farr & Gallagher LLP, represents Defendant Pfizer Inc. ("Pfizer") in the above-captioned matter.

We write to respectfully request a two-week extension, until September 5, 2024, to file the motion to seal and the redacted versions of the Letters filed at D.E. 128, 129, and 131. Pursuant to L. Civ. R. 5.3(c), the motion to seal and redacted versions are due tomorrow, August 22, 2024. However, Pfizer needs some additional time to prepare and review the motion to seal papers. We have consulted with counsel for Plaintiffs and Defendant BioNTech SE, and they consent to this request. If this proposal meets with the Court's approval, we respectfully request that Your Honor sign and enter the below form of endorsement.

Thank you for Your Honor's kind attention to this matter.

Respectfully submitted,

*s/Liza M. Walsh*

Liza M. Walsh

cc:    All Counsel of Record (via ECF & email)

SO ORDERED this 23rd  day of August, 2024.

 s/Tonianne J. Bongiovanni
Honorable Tonianne J. Bongiovanni, U.S.M.J.