

**Arnold B. Calmann**
**(973) 645-4828**
**abc@saiber.com**

August 30, 2024

<u>**BY ELECTRONIC FILING**</u>
The Honorable Zahid N. Quraishi, U.S.D.J.
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

  Re: *Arbutus Biopharma Corp. et al. v. Pfizer Inc., et al.*
    <u>Civil Action No. 3:23-01876-ZNQ-TJB</u>

Dear Judge Quraishi:

  We represent the Plaintiffs in the above matter along with our co-counsel for Arbutus Biopharma Corp., Morrison & Foerster LLP, and co-counsel for Genevant Sciences GmbH, Quinn Emanuel Urquhart & Sullivan, LLP. On behalf of all parties, we write regarding the claim construction hearing pursuant to L. Pat. R. 4.6 and the Court's September 7, 2023 Letter Order (ECF No. 33).

  The parties have conferred on a schedule for the hearing and anticipate that the hearing will require 3.5 hours. The parties respectfully submit that live witnesses are not necessary. ECF No. 66-1 at 30. The parties request an opportunity to provide a brief technology tutorial prior to or at the hearing, and additionally request an in-person hearing.

  The parties are available for the hearing on the following dates, subject to Your Honor's availability:

- October: 10
- December: 2-5 and 16-18

  To the extent that none of those dates are available on Your Honor's schedule, we would appreciate if Your Honor would provide possible alternative dates so that we can attempt to coordinate with the parties, and we thank the Court for its assistance in that regard.

  We thank the Court for its consideration in this matter, and we look forward to hearing from the Court.

Honorable Zahid N. Quraishi, U.S.D.J.
August 30, 2024
Page 2

Respectfully submitted,

Arnold B. Calmann

cc: Counsel of Record (by CM/ECF and Electronic Mail)