Liza M. Walsh
Mariel L. Belanger
Jessica K. Formichella
Lauren R. Malakoff
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel. (973) 757-1100

*Attorneys for Defendant Pfizer Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARBUTUS BIOPHARMA CORP. and GENEVANT SCIENCES GMBH,<br><br>Plaintiffs,<br><br>v.<br><br>PFIZER INC. and BIONTECH SE,<br><br>Defendants. | Civil Action No. 3:23-cv-01876 (ZNQ-TJB)<br><br>**NOTICE OF MOTION TO SEAL**<br><br>**Return Date: October 7, 2024**<br><br>*Filed Electronically* |

**PLEASE TAKE NOTICE** that on October 7, 2024, or as soon thereafter as counsel may be heard, Defendant Pfizer Inc. ("Pfizer") will appear before the Honorable Tonianne J. Bongiovanni, U.S.M.J., at the United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey, and will move this Court pursuant to Local Civil Rule 5.3(c), for the entry of an Order to Seal certain portions of: (1) Defendants' Letter to the Hon. Tonianne J. Bongiovanni, U.S.M.J., dated July 31, 2024 (D.E. 128); (2) Plaintiffs' Letter to the Hon. Tonianne J. Bongiovanni, U.S.M.J., dated July 31, 2024

(D.E. 129); and (3) Defendants' Letter to the Hon. Tonianne J. Bongiovanni, U.S.M.J., dated August 8, 2024 (D.E. 131).

**PLEASE TAKE FURTHER NOTICE** that Pfizer shall rely upon the accompanying Declaration of Liza M. Walsh, Proposed Findings of Fact and Conclusions of Law, and all papers submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Defendant BioNTech SE does not object to this Motion to Seal and that Plaintiffs object and oppose this motion.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted for the Court's consideration.

Dated: September 5, 2024

Respectfully submitted,

s/ *Liza M. Walsh*
Liza M. Walsh
Mariel L. Belanger
Jessica K. Formichella
Lauren R. Malakoff
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100

Of Counsel:
Sara Tonnies Horton (*pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
300 North LaSalle Drive
Chicago, Illinois 60654
(312) 728-9040

        Michael W. Johnson, Esq. (*pro hac vice*)
        Heather M. Schneider, Esq. (*pro hac vice*)
        WILLKIE FARR & GALLAGHER LLP
        787 Seventh Avenue
        New York, New York 10019
        (212) 728-8000

        *Attorneys for Defendant/Counterclaimant Pfizer Inc.*