UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARBUTUS BIOPHARMA CORP. and GENEVANT SCIENCES GMBH,<br><br>Plaintiffs/Counterclaim-Defendants,<br><br>v.<br><br>PFIZER, INC. and BIONTECH SE,<br><br>Defendants/Counterclaimants. | Civil Action No. 23-1876 (ZNQ) (TJB)<br><br>**CONSENT ORDER AMENDING PRETRIAL SCHEDULING ORDER (ECF NOS. 33, 58)**<br><br>*Document Electronically Filed* |

**THIS MATTER** having been jointly opened to the Court by Plaintiffs Arbutus Biopharma Corporation ("Arbutus") and Genevant Sciences GmbH ("Genevant") (collectively, "Plaintiffs") and Defendants Pfizer Inc. ("Pfizer") and BioNTech SE ("BioNTech") (collectively, "Defendants"), for entry of an Order amending the Pretrial Scheduling Order (ECF No. 33 as amended by ECF No. 58) extending the (1) September 20, 2024 deadline for the substantial completion of document production and certification of substantial completion until October 21, 2024; and (2) the October 21, 2024 deadline for the amendment to pleadings or to add parties until 45 days after entry of the Court's *Markman* Order or March 20, 2025, whichever is earlier; and the Court having been informed in a letter from Arnold B. Calmann, Esq., counsel for Plaintiffs, dated September 17, 2024 and submitted concurrently herewith, that Plaintiffs and Defendants have agreed to the foregoing extensions; and the Court having considered the status of the pleadings herein; and for other and good cause having been shown,

**IT IS** on this 17th day of September, 2024;

**ORDERED** that the Pretrial Scheduling Order (ECF Nos. 33, 58) is hereby amended with respect to the due dates for the substantial completion of document production and

certification of substantial completion and amendment to pleadings and to add parties; and it is further

**ORDERED** that the deadline for the substantial completion of document production and certification of substantial completion is extended from September 20, 2024 to October 21, 2024; and it is further

**ORDERED** that the deadline for the amendment to pleadings and to add parties is extended from October 21, 2024 to 45 days after the entry of the Court's *Markman* Order or March 20, 2025, whichever is earlier; and it is further

**ORDERED** that all other deadlines (ECF No. 33), remain unchanged.

*Tonianne J. Bongiovanni*

**HONORABLE TONIANNE J. BONGIOVANNI**
**UNITED STATES MAGISTRATE JUDGE**