

**Arnold B. Calmann**
 973.645.4828
 abc@saiber.com

October 11, 2024

**VIA ELECTRONIC FILING**
The Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & United States Courthouse
402 East State Street
Trenton, New Jersey 08608

> Re:  *Arbutus Biopharma Corp. et al. v. Pfizer Inc., et al.*
>       Civil Action No. 3:23-01876-ZNQ-TJB

Dear Judge Bongiovanni:

    We represent the Plaintiffs in the above matter along with our co-counsel for Arbutus Biopharma Corp., Morrison & Foerster LLP, and co-counsel for Genevant Sciences GmbH, Quinn Emanuel Urquhart & Sullivan, LLP.  On behalf of Plaintiffs and Defendants Pfizer Inc. and BioNTech SE (collectively, "Defendants"), we jointly submit the enclosed Stipulation and Order Amending the Stipulated Order Governing Discovery Including Discovery of Electronically Stored Information.

    If the proposed Stipulation and Order is acceptable to the Court, we would respectfully request that Your Honor execute it and direct its entry on the docket.

    We thank the Court for its consideration and continued assistance in this matter.  Naturally, if the Court has any questions, we would be pleased to respond at the Court's earliest convenience.

Respectfully submitted,

*/s/ Arnold B. Calmann*

Arnold B. Calmann

cc:  Counsel of record (by CM/ECF and electronic mail)