IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARBUTUS BIOPHARMA CORP. and GENEVANT SCIENCES GMBH,<br><br>           Plaintiffs,<br><br>     v.<br><br>PFIZER INC. and BIONTECH SE,<br><br>           Defendants. | Civil Action No. 2:23-cv-01876-ZNQ<br><br>Jury Trial Demanded<br><br>*Document Filed Electronically* |

**STIPULATION AND ORDER AMENDING THE STIPULATED ORDER GOVERNING DISCOVERY INCLUDING DISCOVERY FO ELECTRONICALLY STORED INFORMATION**

This stipulation is made between Plaintiffs Arbutus Biopharma Corp. and Genevant Sciences GmbH, and Defendants Pfizer Inc. and BioNTech SE (collectively, "the Parties"), by and through their respective undersigned counsel, to amend the Stipulated Order Governing Discovery Including Discovery of Electronically Stored Information ("ESI") (hereinafter, "ESI Order");

WHEREAS, on February 24, 2024, the Parties filed a Proposed ESI Order (Dkt. No. 55-1);

WHEREAS, on March 4, 2024, the Court entered the Parties' ESI Order (Dkt. No. 56);

WHEREAS, now, the Parties wish to amend Section 1.f.ii. of the ESI Order (Dkt. No. 56);

IT IS HEREBY STIPULATED AND AGREED, based on the foregoing and subject to the Court's approval, that:

1. Section 1.f.ii. of the ESI Order shall be amended to state: "Any documents with redactions on the basis of privilege, such as those marked REDACTED – PRIVILEGED," need not be logged in a Party's privilege log.  Each Party reserves its rights to inquire about the basis for redactions or to ask a producing party to log specific, identified documents," as demonstrated in the attached redlined version of the ESI Order.

IT IS SO STIPULATED on this 11th day of October, 2024.

| | |
|---|---|
| OF COUNSEL: | */s/ Arnold B. Calmann* |
| Raymond N. Nimrod<br>Isaac Nesser<br>Nicola R. Felice<br>QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>(212) 849-7000<br>raynimrod@quinnemanuel.com<br>isaacnesser@quinnemanuel.com<br>nicolafelice@quinnemanuel.com | Arnold B. Calmann<br>Katherine A. Escanlar<br>SAIBER LLC<br>18 Columbia Turnpike, Suite 200<br>Florham Park, NJ 07932<br>(973) 622-3333<br>abc@saiber.com<br>kescanlar@saiber.com<br><br>*Attorneys for Plaintiffs Arbutus Biopharma Corp. & Genevant Sciences GmbH* |
| Kevin P.B. Johnson<br>QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP<br>555 Twin Dolphin Shores, 5th Floor<br>Redwood Shores, CA 94065<br>(650) 801-5000<br>kevinjohnson@quinnemanuel.com | Daralyn J. Durie<br>Adam R. Brausa<br>Eric. C. Wiener<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105-2482<br>(415) 268-7000<br>ddurie@mofo.com<br>abrausa@mofo.com<br>ewiener@mofo.com |
| Sandra L. Haberny, Ph.D.<br>QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>(213) 443-3000<br>sandrahaberny@quinnemanuel.com | Kira A. Davis<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, CA 90017-3543<br>(213) 892-5200<br>kiradavis@mofo.com |
| John Yang<br>QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP<br>3100 McKinnon St, Suite 1125<br>Dallas, TX 75201<br>(469) 902-3600<br>johnyang@quinnemanuel.com | David. N. Tan<br>MORRISON & FOERSTER LLP<br>2100 L. Street, NW, Suite 900<br>Washington, D.C., 20037<br>(202) 887-6943<br>ntan@mofo.com |
| *Attorneys for Plaintiff Genevant Sciences GmbH* | *Attorneys for Plaintiff Arbutus Biopharma Corp.* |

s/ *Liza M. Walsh*
Liza M. Walsh
Mariel L. Belanger
Jessica K. Formichella
Lauren R. Malakoff
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100
lwalsh@walsh.law
mbelanger@walsh.law
jformichella@walsh.law
lmalakoff@walsh.law

OF COUNSEL:

Sara Tonnies Horton (*pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
300 North LaSalle Drive
Chicago, Illinois 60654
(312) 728-9040

Michael W. Johnson (*pro hac vice*)
Heather M. Schneider (*pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
(212) 728-8000

*Attorneys for Defendant/Counterclaimant Pfizer Inc.*

s/ *William P. Deni, Jr.*
William P. Deni, Jr.
J. Brugh Lower
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500
wdeni@gibbonslaw.com
jlower@gibbonslaw.com

OF COUNSEL:

Bruce M. Wexler (*pro hac vice*)
Eric W. Dittmann
Isaac S. Ashkenazi
Max H. Yusem
Michael Ryan Meuth
Magdalini Vasiadi
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6000

Simon F. Kung (*pro hac vice*)
PAUL HASTINGS LLP
1117 California Avenue
Palo Alto, California 94304
(650) 320-1800

Raymond W. Stockstill
PAUL HASTINGS LLP
695 Town Center Drive, Seventeenth Floor
Costa Mesa, California 92626
(714) 668-6200

Soyoung Jung
PAUL HASTINGS LLP
515 South Flower Street, Twenty-fifth Floor
Los Angeles, California 90071
(213) 683-6211

Ashley Graham
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700

3

Charles B. Klein
Claire Fundakowski
Jovial Wong
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036
(202) 282-5000

Alison M. King
David P. Dalke
Ivan Poullaos
Katherine L. Kyman
Kevin J. Boyle
Zoe A. Goldstein
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
(312) 558-5600

Eimeric Reig-Plessis
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
(415) 591-1000

*Attorneys for Defendant/Counterclaimant BioNTech SE*

SO ORDERED on this __15th__ day of October 2024

_____
**HON. TONIANNE J. BONGIOVANNI, U.S.M.J.**