**Saiber**
ATTORNEYS AT LAW

**Arnold B. Calmann**
**(973) 645-4828**
abc@saiber.com

December 3, 2024

**BY ELECTRONIC FILING**
The Honorable Zahid N. Quraishi, U.S.D.J.
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

> Re:   *Arbutus Biopharma Corp. et al. v. Pfizer Inc., et al.*
>        Civil Action No. 3:23-01876-ZNQ-TJB

Dear Judge Quraishi:

We represent the Plaintiffs in the above matter along with our co-counsel for Arbutus Biopharma Corp., Morrison & Foerster LLP, and co-counsel for Genevant Sciences GmbH, Quinn Emanuel Urquhart & Sullivan, LLP. On behalf of all parties, we write regarding the format of the upcoming Markman hearing, scheduled for 10.30 a.m. on December 18, 2024, in Trenton Courtroom 4W.

The parties previously estimated that the hearing will require 3.5 hours. D.I. 141. The parties have further agreed to and propose the following agenda for the Markman hearing, if acceptable to Your Honor:

1. **Technology Tutorial**. Counsel for each side will provide a live technology tutorial at the beginning of the hearing, not to exceed 30 minutes per side.

2. **Markman Presentations.** The parties will present argument on the disputed terms in the order preferred by the Court. If the Court does not have a preference, the parties will present the terms in the order presented in the briefs, as follows:

    a. "lipid vesicle"

    b. "fully encapsulated

    c. mol % terms

    d. "consisting essentially of"

Both sides will complete argument for each term before proceeding onto the next term.

As always, we appreciate the Court's attention to this matter, and remain available should Your Honor or Your Honor's staff require anything further.

Respectfully submitted,

Arnold B. Calmann

cc: Counsel of Record (by CM/ECF and Electronic Mail)