# Saiber
ATTORNEYS AT LAW

**Arnold B. Calmann**
 973.645.4828
 abc@saiber.com

December 9, 2024

**VIA ELECTRONIC FILING**
The Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & United States Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:   *Arbutus Biopharma Corp. et al. v. Pfizer Inc., et al.*
         Civil Action No. 3:23-01876-ZNQ-TJB

Dear Judge Bongiovanni:

We represent the Plaintiffs in the above matter along with our co-counsel for Arbutus Biopharma Corp., Morrison & Foerster LLP, and co-counsel for Genevant Sciences GmbH, Quinn Emanuel Urquhart & Sullivan, LLP.

On behalf of Genevant, we enclose for Your Honor's consideration the following documents in support of the application for the *pro hac vice* admission of Joseph M. Paunovich, Esq.:

1.   Certification of Arnold B. Calmann, Esq.;

2.   Declaration of Joseph M. Paunovich, Esq.; and

3.   Proposed form of Order.

We have conferred with counsel for Defendants Pfizer Inc. and BioNTech SE (collectively, "Defendants"), and we have been informed that Defendants consent and have no objection to the *pro hac vice* admission of our co-counsel.  If the enclosed proposed Order meets with the Court's approval, we respectfully request that Your Honor execute the Order and have it entered on the docket.

We thank the Court for its consideration and assistance in this matter.  Naturally, if the Court has any questions, we would be pleased to respond at the Court's convenience.

Honorable Tonianne J. Bongiovanni, U.S.M.J.
December 9, 2024
Page 2

Respectfully submitted,

Arnold B. Calmann

cc: Counsel of record (by CM/ECF and electronic mail)