Raymond N. Nimrod
Isaac Nesser
Nicola R. Felice
**QUINN EMANUEL URQUHART**
  **& SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
raynimrod@quinnemanuel.com
isaacnesser@quinnemanuel.com
nicolafelice@quinnemanuel.com

Joseph M. Paunovich
**QUINN EMANUEL URQUHART**
  **& SULLIVAN, LLP**
865 S. Figueroa St., 10th Floor
(213) 443-3000
Los Angeles, CA 90017

John Yang
**QUINN EMANUEL URQUHART**
  **& SULLIVAN, LLP**
3100 McKinnon St., Suite 1125
Dallas, TX 75201
(469) 902-3600
johnyang@quinnemanuel.com

*Attorneys for Plaintiff Genevant Sciences GmbH*

Arnold B. Calmann
Katherine A. Escanlar
**SAIBER LLC**
18 Columbia Turnpike, Suite 200
Florham Park, NJ 07932
(973) 622-3333
abc@saiber.com
kescanlar@saiber.com

*Attorneys for Plaintiffs Arbutus Biopharma Corp. & Genevant Sciences GmbH*

Daralyn J. Durie
Adam R. Brausa
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000
ddurie@mofo.com
abrausa@mofo.com

Kira A. Davis
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard
Los Angeles, CA, 90017-3543
(213) 892-5200
kiradavis@mofo.com

*Attorneys for Plaintiff Arbutus Biopharma Corp.*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARBUTUS BIOPHARMA CORP. and GENEVANT SCIENCES GMBH,<br><br>        Plaintiffs,<br><br>v.<br><br>PFIZER INC. and BIONTECH SE,<br><br>        Defendants. | Civil Action No.  23-01876-ZNQ-TJB<br><br>**APPLICATION AND CERTIFICATION OF ARNOLD B. CALMANN IN SUPPORT OF PRO HAC VICE <u>ADMISSION OF COUNSEL</u>**<br><br>*Document Filed Electronically* |

**ARNOLD B. CALMANN**, of full age, hereby certifies as follows:

1.    I am a member of the law firm of Saiber LLC, 18 Columbia Turnpike, Suite 200, Florham Park, New Jersey.  I am admitted to practice before the Courts of the State of New Jersey and the United States District Court for the District of New Jersey.  I am a member in good standing of both bars, and I am not under suspension or disbarment by these courts or by any other court or jurisdiction.

2.    I submit this Certification in support of the application by plaintiff Genevant Sciences GmbH ("Genevant") for the admission *pro hac vice* of Joseph M. Paunovich, Esq., Quinn Emanuel Urquhart & Sullivan, LLP, 865 S. Figueroa St., 10th Floor, Los Angeles, CA 90017, to appear as co-counsel for Genevant in this matter.

3.    Pursuant to Local Civil Rule 101.1, I understand that all pleadings, briefs, stipulations, and other papers filed with the Court shall be signed by or for me or another attorney associated with Saiber LLC.  Further, I agree to promptly notify the attorney admitted *pro hac vice* herein of the receipt of all notices, orders and pleadings.

4.    Pursuant to Local Civil Rule 101.1, I understand that I shall be held responsible for the conduct of the case and shall be present before the Court during all phases of these proceedings, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice* herein.

5.    Defendants in this action consent and have no objection to the *pro hac vice* admission of our co-counsel.

6.      On behalf of Genevant, I respectfully request that the Court grant Genevant's application to have Joseph M. Paunovich, Esq., admitted *pro hac vice* to appear and participate as co-counsel in this matter pursuant to Local Civil Rule 101.1(c).

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  December 9, 2024                          s/ Arnold B. Calmann
                                                 Arnold B. Calmann