UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARBUTUS BIOPHARMA CORP. and GENEVANT SCIENCES GMBH,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>PFIZER INC. and BIONTECH SE,<br><br>　　　　　　　Defendants. | Civil Action No.  23-01876-ZNQ-TJB<br><br>**ORDER FOR PRO HAC VICE ADMISSION**<br><br>*Document Filed Electronically* |

**THIS MATTER** having been brought before the Court by Arnold B. Calmann, Esq., of Saiber LLC, attorneys for plaintiff Genevant Sciences GmbH ("Genevant"), on application to allow Joseph M. Paunovich, Esq., Quinn Emanuel Urquhart & Sullivan, LLP, to appear and participate *pro hac vice*; and the Court having noted that defendants Pfizer Inc. and BioNTech SE consent and have no objection to the *pro hac vice* admission of the foregoing counsel; and the Court having considered the supporting papers; and for good cause shown;

　　　　**IT IS** on this _____ day of _____, 2024,

　　　　**ORDERED,** that the application of Genevant, be and it hereby is **GRANTED**; and it is further

　　　　**ORDERED,** that Joseph M. Paunovich, Esq., a member in good standing of the Bars of the States of California, New York, Illinois, and Michigan, be permitted to appear pro hac vice in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

　　　　**ORDERED,** that all pleadings, briefs, and other papers filed with the Court shall be signed by a member or associate of the law firm of Saiber LLC, attorneys of record for Genevant, who is admitted to the Bar of this Court and shall be held responsible for said papers

and for the conduct of the case and who will be held responsible for the conduct of the attorney admitted pursuant to this Order; and it is further

**ORDERED,** that Joseph M. Paunovich, Esq., shall promptly pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L. Civ. R. 101.1(c)(2) and New Jersey Court Rule 1:28-2; and it is further

**ORDERED**, Joseph M. Paunovich, Esq., shall promptly make payment of $250.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3), as amended; and it is further

**ORDERED,** that Joseph M. Paunovich, Esq., shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104. 1, Discipline of Attorneys; and it is further

**ORDERED,** that Joseph M. Paunovich, Esq., shall notify this Court immediately of any disciplinary charges brought against him in the Bar of any other court; and it is further

**ORDERED,** that Joseph M. Paunovich, Esq., shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

_____
**HONORABLE TONIANNE J. BONGIOVANNI**
**UNITED STATES MAGISTRATE JUDGE**