# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

**OFFICE:** TRENTON  **DATE:** DECEMBER 18, 2024

**JUDGE:** ZAHID N. QURAISHI

**COURT REPORTER:** KIMBERLY WILSON

**TITLE OF CASE:**  **DOCKET # 3:23-CV-1876 (ZNQ)**

ARBUTUS PHARMA CORP., et al.
     vs.
PFIZER, INC., et al.

**APPEARANCES:**
Ray Nimrod, Esq., Joe Paunovich, Esq., Adam Brausa, Esq., Eric Wiener, Esq., John Yang, Esq., Joshua Burd, Esq., Arnold Calman, Esq. and Katherine Escanlar, Esq. for Plaintiffs
Charles Klein, Esq., Claire Fundakowski, Esq., Alison King, Esq., Ivan Poullaos, Esq., Jovial Wong, Esq., William Deni, Esq., Lauren Malakoff, Esq., Jessica Formichella, Esq., Heather Schneider, Esq. and Sara Horton, Esq. for Defendants

**NATURE OF PROCEEDINGS:** MARKMAN HEARING
Markman hearing held.
Court Reserves Decision.

Time Commenced:  10:30 AM
Time Adjourned:   2:30 PM
Total Time:       4 hours

                                                 s/ Kim Stillman
                                                **DEPUTY CLERK**