UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARBUTUS BIOPHARMA CORP. and GENEVANT SCIENCES GMBH,<br><br>Plaintiffs/Counterclaim-Defendants<br><br>v.<br><br>PFIZER INC. and BIONTECH SE,<br><br>Defendants/Counterclaimants. | Civil Action No. 23-1876 (ZNQ) (TJB)<br><br>*Document Electronically Filed*<br><br>**REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting an application to appear *pro hac vice* in the within matter has been entered (ECF No. 158); and

2. The admission fee, in the amount of $250, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.

| | |
|---|---|
| Dated: January 7, 2025<br>Newark, New Jersey | s/ William P. Deni, Jr.<br>William P. Deni, Jr.<br>**GIBBONS P.C.**<br>One Gateway Center<br>Newark, New Jersey 07102<br>(973) 596-4853<br>wdeni@gibbonslaw.com<br><br>*Attorneys for Defendant/Counterclaimant BioNTech SE* |

PRO HAC VICE ATTORNEY INFORMATION:

Name:      Brian L. O'Gara

Address:   WINSTON & STRAWN LLP
           35 W. Wacker Drive
           Chicago, IL 60601

E-mail:    bogara@winston.com