**GIBBONS**

William P. Deni, Jr.
Director

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Direct: 973-596-4853 Fax: +1 973-639-8373
wdeni@gibbonslaw.com

August 6, 2025

**VIA ECF**
Hon. Tonianne J. Bongiovanni, U.S.M.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

      Re:   *Arbutus Biopharma Corp., et al. v. Pfizer Inc., et al.*
              **Civ No.: 3:23-1876 (ZNQ) (TJB)**

Dear Judge Bongiovanni,

      We represent Defendant BioNTech SE in the above-captioned matter. On July 9, 2025, the Court entered an Order permitting the parties to file an omnibus motion to seal various documents that were filed under seal, along with corresponding redacted versions, within 30 days after the Court issues any forthcoming ruling. (ECF No. 235). To avoid burdening the Court and parties with multiple joint motions to seal—and subject to the Court's approval—the parties have agreed to include the following additional documents in the forthcoming motion to seal:

- Defendants' Brief in Support of Motion to Amend Invalidity Contentions and all attachments (ECF Nos. 215, 215-1, 215-2, 215-3, 215-4, 215-5, 215-6, 215-7, 215-8, 215-9, and 215-10);

- Plaintiffs' Opposition Brief and attachments (ECF Nos. 236, 236-1, 236-2, 236-3, 236-4, 236-5, 236-6, 236-7, and 236-8);

- Defendants' Reply Brief (ECF No. 240);

- Transcripts of oral argument, if any; and

- the Court's forthcoming decision.

      The forthcoming motion to seal will be due 30 days following the later of the decisions on the motion to compel and motion to amend. The parties respectfully submit that the submission of one omnibus motion to seal this material is the most efficient means of addressing the interrelated sealing issues and will avoid excessive and duplicative sealing motion practice.

GIBBONS P.C.

Honorable Tonianne J. Bongiovanni, U.S.M.J.
Page 2

If this meets with the Court's approval, we respectfully request that Your Honor endorse this submission as "So Ordered." We thank the Court for its attention to this matter.

Respectfully submitted,

s/ William P. Deni, Jr.
William P. Deni, Jr.

cc: All Counsel of Record (Via ECF & Email)

So Ordered this 13th day of August, 2025.

[Signature]