UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE: TRENTON**
**MAGISTRATE JUDGE: BONGIOVANNI**
**Digitally Recorded: John Moller**

**DATE OF PROCEEDINGS**
**August 6, 2025**

**TITLE OF CASE**:                                                     23-cv-1876 (ZNQ)

ARBUTUS PHARMA CORP., et al
    V.
PFIZER INC.

**APPEARANCES:**

James Richter, Esq., for plaintiff ARBUTUS PHARMA CORP.
Adam Brausa, Esq., for plaintiff ARBUTUS PHARMA CORP.
Frank Calvosa, Esq., for plaintiff GENEVANT SCIENCES GMBH
William Deni, Esq., for defendant BIOTECH SE
Ivan Poullaos, Esq., for defendant BIOTECH SE
Sharon McIntosh, Esq. for defendant BIOTECH SE
Liza Walsh, Esq. for defendant PFIZER INC.
Lauren Malakoff, Esq., for defendant PFIZER INC.
Sarah Horton, Esq., for defendant PFIZER INC.

**NATURE OF PROCEEDING:**

Telephone Status Conference held.

TIME COMMENCED:        10:05 a.m.
TIME ADJOURNED:        10:57 a.m.                    s/ John Moller
TOTAL TIME:  52 MINUTES                                      Deputy Clerk