Liza M. Walsh
Mariel L. Belanger
Jessica K. Formichella
Lauren R. Malakoff
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100

*Attorneys for Defendant/Counterclaimant*
*Pfizer Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ARBUTUS BIOPHARMA CORP. and GENEVANT SCIENCES GMBH,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>PFIZER INC. and BIONTECH SE,<br><br>Defendants/Counterclaimants. | Civil Action No. 3:23-cv-1876 (ZNQ-TJB)<br><br>**NOTICE OF INTENT TO REDACT TRANSCRIPT**<br><br>*Document Filed Electronically* |

**PLEASE TAKE NOTICE** that Defendant/Counterclaimant Pfizer Inc. ("Defendant"), hereby provides notice of its intent to request redaction of Defendant's Confidential and/or Highly Confidential information contained in the transcript from August 6, 2025 telephonic status conference in this matter before the Honorable Tonianne J. Bongiovanni, U.S.M.J., at ECF No. 244.

**PLEASE TAKE FURTHER NOTICE** that Defendant will timely submit to the Court proposed redactions of the above transcript together with the appropriate Motion to Seal pursuant to Local Civil Rule 5.3(c) and this Court's Letter Orders Granting Permission to File an Omnibus Motion to Seal (ECF Nos. 235, 242).

**PLEASE TAKE FURTHER NOTICE** that a copy of this Notice of Intent to Redact Transcript will be served on the court reporter.

Dated: August 15, 2025

WALSH PIZZI O'REILLY FALANGA LLP

/s/ *Liza M. Walsh*

Liza M. Walsh
Mariel L. Belanger
Jessica K. Formichella
Lauren R. Malakoff
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100

*Of Counsel* (admitted *pro hac vice*):
Sara Tonnies Horton
WILLKIE FARR & GALLAGHER LLP
300 North LaSalle Drive
Chicago, Illinois 60654
(312) 728-9040

*Attorneys for Defendant/Counterclaimant Pfizer Inc.*