**JAMES S. RICHTER**
Of Counsel
(201) 874-7325 (m)
jrichter@midlige-richter.com

October 16, 2025

**BY ECF**

Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
Clarkson S. Fisher Federal Building & U.S. Courthouse
Room 6052
402 E. State Street
Trenton, New Jersey 08608

   Re: ***Arbutus Biopharma Corp. and Genevant Sciences GmbH v. Pfizer Inc. and BioNTech SE***
     ***Civil Action No. 23 CV 1876 (ZNQ) (TJB)***

Dear Judge Bongiovanni:

  This firm represents Plaintiffs in the above-referenced matter, along with Quinn Emanuel Urquhart & Sullivan, LLP, co-counsel for Genevant Sciences GmbH, and Morrison & Foerster LLP, co-counsel for Arbutus Biopharma Corp. Pursuant to Your Honor's preferences with respect to *pro hac vice* applications on consent, enclosed please find a copy of the following, submitted on Genevant's behalf:

1. Declaration of James S. Richter in support of application for admission of counsel *pro hac vice*.
2. Declaration of Quentin Jorgensen.
3. Proposed form of Order granting admission of counsel *pro hac vice*.

  Defendants' counsel has consented to this application and the *pro hac vice* admission of counsel. If the enclosed proposed form of Order is acceptable to Your Honor, we respectfully request that it be entered.

  We thank Your Honor for your consideration of this request. Should Your Honor have any questions, we are available at your convenience.

           Respectfully submitted,

           *s/ James S. Richter*

           James S. Richter

Cc: All Counsel of Record (by ECF)



