**WALSH PIZZI O'REILLY FALANGA**

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

October 21, 2025

**VIA ECF**
Hon. Tonianne J. Bongiovanni, U.S.M.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, New Jersey 08608

Re: *Arbutus Biopharma Corp., et al. v. Pfizer Inc., et al.*
Civil Action No.: 3:23-cv-01876 (ZNQ-TJB)

Dear Judge Bongiovanni:

This firm, together with Willkie Farr & Gallagher LLP, represents Defendant Pfizer Inc. ("Pfizer") in the above-captioned matter. We write on behalf of Defendants to respectfully request until November 4, 2025, to respond to Plaintiffs' letter to Your Honor, dated October 20, 2025, seeking the Court's assistance with a purported discovery dispute. (ECF No. 257).

If this meets with the Court's approval, we respectfully request that Your Honor sign the below form of endorsement and have it entered on the docket. Thank you for Your Honor's kind attention to this matter.

Respectfully submitted,

*s/Liza M. Walsh*

Liza M. Walsh

cc: All Counsel of Record (via ECF & email)

SO ORDERED this _____ day of October 2025.

_____
Honorable Tonianne J. Bongiovanni, U.S.M.J.