# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

**OFFICE: TRENTON**  
**MAGISTRATE JUDGE: BONGIOVANNI**  
**Digitally Recorded: John Moller**

**DATE OF PROCEEDINGS**  
October 17, 2025

**TITLE OF CASE**:  23-cv-1876 (ZNQ)

ARBUTUS PHARMA CORP., et al.  
    V.  
PFIZER INC., et al.

**APPEARANCES:**

Nick Cerrito, Esq., for plaintiff  
Sara Horton, Esq., for defendant

**NATURE OF PROCEEDING:**

Discovery Hearing held.

TIME COMMENCED:   11:30 a.m.  
TIME ADJOURNED:   12:11 a.m.  
TOTAL TIME:       41  MINUTES

                        s/ John Moller  
                          Deputy Clerk