**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ARBUTUS BIOPHARMA CORP. and GENEVANT SCIENCES GMBH,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>PFIZER INC. and BIONTECH SE,<br><br>Defendants/Counterclaimants. | Civil Action No. 23-1876 (ZNQ) (TJB)<br><br>*Document Electronically Filed*<br><br>**NOTICE OF CHANGE OF ADDRESS OF *PRO HAC VICE* COUNSEL** |

**PLEASE TAKE NOTICE** that the mailing address of Defendant BioNTech SE's counsel Kevin J. Boyle, David P. Dalke, Zoe Goldstein, Alison M. King, Brian L. O'Gara, and Ivan Poullaos, who have been admitted *pro hac vice* in this action (ECF Nos. 108, 158), has changed to the following:

> WINSTON & STRAWN LLP
> 300 N. LaSalle Dr.
> Suite 4400
> Chicago, IL 60654-3406

Notice of this change has also been submitted via e-mail to ecfhelp@njd.uscourts.gov in accordance with paragraph 4 of the District of New Jersey Electronic Case Filing Policies and Procedures.

Dated: November 13, 2025
       Newark, New Jersey

s/ William P. Deni, Jr.
William P. Deni, Jr.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500
wdeni@gibbonslaw.com