**WALSH PIZZI O'REILLY FALANGA**

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

November 17, 2025

**VIA ECF**
Hon. Tonianne J. Bongiovanni, U.S.M.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, New Jersey 08608

Re: *Arbutus Biopharma Corp., et al. v. Pfizer Inc., et al.*
Civil Action No.: 3:23-cv-01876 (ZNQ-TJB)

Dear Judge Bongiovanni:

This firm, together with Willkie Farr & Gallagher LLP, represents Defendant Pfizer Inc. ("Pfizer") in the above-captioned matter.

We write on behalf of all parties to respectfully request permission to file an omnibus motion to seal the following documents that contain or may contain confidential information: (1) Plaintiffs' Letter to the Honorable Tonianne J. Bongiovanni, U.S.M.J. regarding a discovery dispute, dated October 20, 2025 (ECF No. 257); (2) Pfizer's Letter Brief in Opposition, dated November 4, 2025 (ECF No. 263); and (3) any other filings related to this discovery dispute, including any forthcoming transcripts and rulings from the Court on the dispute.

To avoid burdening the Court and parties with multiple joint motions to seal—and subject to the Court's approval—the parties have agreed to file one omnibus motion to seal the confidential documents, together with the redacted versions of all submissions subject to the sealing motion, 30 days after Your Honor issues any forthcoming ruling. The parties respectfully submit that the submission of one omnibus motion to seal this material is the most efficient means of addressing the interrelated sealing issues and will avoid excessive and duplicative sealing motion practice.

If this meets with the Court's approval, we respectfully request that Your Honor sign the below form of endorsement and have it entered on the docket. Thank you for Your Honor's kind attention to this matter.

Respectfully submitted,

*s/Liza M. Walsh*

Liza M. Walsh

cc: All Counsel of Record (via ECF & email)

Honorable Tonianne J. Bongiovanni, U.S.M.J.
November 17, 2025
Page 2

SO ORDERED this ____ day of November 2025.


_____
Honorable Tonianne J. Bongiovanni, U.S.M.J.