| | |
|---|---|
| Liza M. Walsh<br>Mariel L. Belanger<br>Jessica K. Formichella<br>Lauren R. Malakoff<br>**WALSH PIZZI O'REILLY FALANGA LLP**<br>Three Gateway Center<br>100 Mulberry Street, 15th Floor<br>Newark, New Jersey 07102<br>(973) 757-1100<br><br>*Attorneys for Defendant/Counterclaimant Pfizer Inc.* | William P. Deni, Jr.<br>J. Brugh Lower<br>Stephen R. Donat<br>**GIBBONS P.C.**<br>One Gateway Center<br>Newark, New Jersey 07102<br>(973) 596-4500<br><br>*Attorneys for Defendant/Counterclaimant BioNTech SE* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ARBUTUS BIOPHARMA CORP. and GENEVANT SCIENCES GMBH,<br><br>   Plaintiffs/Counterclaim Defendants,<br><br> v.<br><br>PFIZER INC. and BIONTECH SE,<br><br>   Defendants/Counterclaimants. | Civil Action No. 23-1876 (ZNQ) (TJB)<br><br>*Document Electronically Filed* |

**DEFENDANTS' NOTICE OF MOTION FOR LEAVE TO AMEND**
**INVALIDITY CONTENTIONS AND PLEADINGS**

**PLEASE TAKE NOTICE** that on January 5, 2026, or as soon thereafter as counsel may be heard, Defendants/Counterclaimants Pfizer Inc. and BioNTech SE (collectively, "Defendants") shall move before the Honorable Tonianne J. Bongiovanni, U.S.M.J., for an Order granting leave for Defendants to amend their invalidity contentions and pleadings.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Defendants will rely on the accompanying brief, declaration and exhibits thereto, as well as all prior papers and pleadings on file in this action.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs oppose this Motion.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

**PLEASE TAKE FURTHER NOTICE** that a Certification attesting to the date and manner of service is also submitted herewith.

Dated: December 3, 2025

| | |
|---|---|
| s/ Liza M. Walsh | s/ William P. Deni, Jr. |
| Liza M. Walsh | William P. Deni, Jr. |
| Mariel L. Belanger | J. Brugh Lower |
| Jessica K. Formichella | Stephen R. Donat |
| Lauren R. Malakoff | **GIBBONS P.C.** |
| **WALSH PIZZI O'REILLY FALANGA LLP** | One Gateway Center |
| Three Gateway Center | Newark, New Jersey 07102 |
| 100 Mulberry Street, 15th Floor | (973) 596-4500 |
| Newark, New Jersey 07102 | wdeni@gibbonslaw.com |
| (973) 757-1100 | jlower@gibbonslaw.com |
| lwalsh@walsh.law | sdonat@gibbonslaw.com |
| mbelanger@walsh.law | |
| jformichella@walsh.law | OF COUNSEL: |
| lmalakoff@walsh.law | |
| | Charles B. Klein (*pro hac vice*) |
| OF COUNSEL: | Jovial Wong (*pro hac vice*) |
| | Claire Fundakowski (*pro hac vice*) |
| | Sharon Lin (*pro hac vice*) |
| Sara Tonnies Horton (*pro hac vice*) | **WINSTON & STRAWN LLP** |
| **WILLKIE FARR & GALLAGHER LLP** | 1901 L Street NW |
| 300 North LaSalle Drive | Washington, D.C. 20036 |
| Chicago, Illinois 60654 | (202) 282-5000 |
| (312) 728-9040 | |
| | Ivan Poullaos (*pro hac vice*) |
| *Attorneys for Defendant/Counterclaimant Pfizer Inc.* | Alison M. King (*pro hac vice*) |
| | Kevin J. Boyle (*pro hac vice*) |
| | Zoe A. Goldstein (*pro hac vice*) |
| | Brian L. O'Gara (*pro hac vice*) |
| | **WINSTON & STRAWN LLP** |
| | 35 W. Wacker Drive |

        Chicago, IL 60601
        (312) 558 5600

        Eimeric Reig-Plessis (*pro hac vice*)
        **WINSTON & STRAWN LLP**
        101 California Street, 35th Floor
        San Francisco, CA 94111
        (415) 591-1000

        Ashley Graham (*pro hac vice*)
        **WINSTON & STRAWN LLP**
        200 Park Avenue
        New York, NY 10166
        (212) 294-6700

        Bruce M. Wexler (*pro hac vice*)
        Eric W. Dittmann
        Isaac S. Ashkenazi
        **PAUL HASTINGS LLP**
        200 Park Avenue
        New York, New York 10166
        (212) 318-6000

        Simon F. Kung (*pro hac vice*)
        **PAUL HASTINGS LLP**
        1117 California Avenue
        Palo Alto, California 94304
        (650) 320-1800

        *Attorneys for Defendant/Counterclaimant BioNTech SE*