

**JAMES S. RICHTER**
Of Counsel
(201) 874-7325 (m)
jrichter@midlige-richter.com

December 9, 2025

**BY ECF**

Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

      Re:    ***Arbutus Biopharma Corp. and Genevant Sciences GmbH v. Pfizer Inc. and BioNTech SE***
              *Civil Action No. 23 CV 1876 (ZNQ)(TJB)*

Dear Judge Bongiovanni:

      This firm represents Plaintiffs in the above-referenced matter, along with Quinn Emanuel Urquhart & Sullivan, LLP, co-counsel for Genevant Sciences GmbH, and Morrison & Foerster LLP, co-counsel for Arbutus Biopharma Corp.  We are writing regarding Defendants' Motion to Amend their Answer, Counterclaims and Invalidity Contentions (ECF No. 270) and to request an extension of the deadline for Plaintiffs to submit their opposition papers to January 6, 2026.

      Defendants do not oppose Plaintiffs' request for an extension, provided that the remaining briefing schedule is as follows:

- Opposition papers due -  January 6, 2026

- Reply papers due -  January 20, 2026

      Additionally, Plaintiffs intend to respond to Defendants' December 3, 2025 Letter Motion to Compel (ECF No. 268) by January 6, 2026.  Defendants do not oppose this date for Plaintiffs' response.

      If this is acceptable to Your Honor, we respectfully request that you "So Order" this letter where indicated below.




Honorable Tonianne J. Bongiovanni, U.S.M.J.  December 9, 2025
Page 2

   We thank Your Honor for your consideration of the foregoing and continued attention to this matter. Should you have any questions, or would like to discuss, we are available at your convenience.

              Respectfully submitted,

              *s/ James S. Richter*

              James S. Richter

Cc: All Counsel of Record (by ECF)

SO ORDERED:

_____    Dated: December ____, 2025
  Honorable Tonianne J. Bongiovanni, U.S.M.J.