

WILLIAM P. DENI, JR.
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102
Direct: (973) 596-4853 Fax: (973) 639-8373
wdeni@gibbonslaw.com

December 31, 2025

**VIA ECF**

Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

    Re: *Arbutus Pharma Corp., et al. v. Pfizer Inc., et al.*
          Civil Action No. 23-1876 (ZNQ) (TJB)

Dear Judge Bongiovanni:

    This firm represents Defendant BioNTech SE in the above-referenced matter, along with Winston & Strawn LLP, co-counsel for BioNTech SE. We are writing regarding Plaintiffs' Motion for Leave to Amend Infringement Contentions (ECF No. 276) and to request an extension of the deadline for Defendants to submit their opposition papers to January 23, 2026.

    Plaintiffs do not oppose Defendants' request for an extension, provided that the remaining briefing schedule is as follows:

- Opposition papers due – January 23, 2026
- Reply papers due – February 6, 2026

    If this is acceptable to Your Honor, we respectfully request that you "So Order" this letter where indicated below.

                                               Respectfully submitted,

                                               *s/ William P. Deni, Jr.*
                                               William P. Deni, Jr.

cc: All counsel of record (via ECF)

**SO ORDERED:**     s/Tonianne J. Bongiovanni
                                Hon. Tonianne J. Bongiovanni, U.S.M.J.