MIDLIGE RICHTER, LLC
645 Martinsville Road
Basking Ridge, New Jersey 07920
(908) 626-0622
James S. Richter

*Attorneys for Plaintiffs,*
*Arbutus Biopharma Corp. and*
*Genevant Sciences GmbH*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARBUTUS BIOPHARMA CORP. and GENEVANT SCIENCES GMBH, | Honorable Zahid N. Quraishi, U.S.D.J. |
| | Civil Action No. 23 CV 1876 (ZNQ)(TJB) |
| Plaintiffs, | |
| v. | **DECLARATION OF JAMES S. RICHTER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO AMEND INVALIDITY CONTENTIONS AND PLEADINGS** |
| PFIZER INC. and BIONTECH SE, | |
| Defendants. | |

**JAMES S. RICHTER**, of full age, declares as follows:

1. I am an attorney at law of the State of New Jersey and Of Counsel to Midlige Richter LLC, attorneys for Plaintiffs in the above-captioned matter.

2. This Declaration is submitted in support of Plaintiffs' Opposition to Defendants' Motion to Amend Invalidity Contentions and Pleadings.

3. Attached hereto as **Exhibit 1** is a true and correct certified copy of U.S. Patent No. 9,504,651.

4. Attached hereto as **Exhibit 2** is a true and correct certified copy of U.S. Patent No. 11,298,320.

5. Attached hereto as **Exhibit 3** is a true and correct certified copy U.S. Patent No. 11,318,098.

6. Attached hereto as **Exhibit 4** is a true and correct copy of Maurer, et al., "Spontaneous Entrapment of Polynucleotides upon Electrostatic Interaction with Ethanol-Destabilized Cationic Liposomes," Biophys. J., May 2001, vol. 80, pp. 2310-2326.

7. Attached hereto as **Exhibit 5** is a true and correct copy of United States Patent No. 6,287,591.

8. Attached hereto as **Exhibit 6** is a true and correct copy of Semple et al., "Efficient encapsulation of antisense oligonucleotides in lipid vesicles using ionizable aminolipids: formation of novel small multilamellar vesicle structures," Biochim. Biophys. Acta, Biomembr., 2001, vol. 1510, No. 1-2, pp. 152-166.

9. Attached hereto as **Exhibit 7** is a true and correct copy of a document produced by Plaintiffs in its entirety in the above-captioned matter at GENVNT-00030311.

10. Attached hereto as **Exhibit 8** is a true and correct copy of an excerpt from a document produced by Plaintiffs in its entirety in the above-captioned matter at GENVNT-00055401.

11. Attached hereto as **Exhibit 9** is a true and correct copy of an excerpt from a document produced by Plaintiffs in its entirety in the above-captioned matter at GENVNT-00055597.

12. Attached hereto as **Exhibit 10** is a true and correct copy of an excerpt from a document produced by Plaintiffs in its entirety in the above-captioned matter at GENVNT-00013750.

13. Attached hereto as **Exhibit 11** is a true and correct copy of an excerpt from a document produced by Plaintiffs in its entirety in the above-captioned matter at GENVNT-00056790.

14. Attached hereto as **Exhibit 12** is a true and correct copy of an excerpt from a document produced by Plaintiffs in its entirety in the above-captioned matter at GENVNT-00055996.

15. Attached hereto as **Exhibit 13** is a true and correct copy of an excerpt from a document produced by Plaintiffs in its entirety in the above-captioned matter at GENVNT-00057386.

16. Attached hereto as **Exhibit 14** is a true and correct copy of an excerpt from the certified file history of U.S. Patent No. 11,318,098.

17. Attached hereto as **Exhibit 15** is a true and correct copy of an excerpt from the certified file history of U.S. Patent No. 11,298,320.

18. Attached hereto as **Exhibit 16** is a true and correct copy of Genevant Sciences GmbH's Second Supplemental Objections and Responses to Defendants' First Set of Interrogatories (Nos. 1-3), dated April 30, 2024.

19. Attached hereto as **Exhibit 17** is a true and correct copy of an excerpt from the certified file history of U.S. Patent No. 9,504,651.

20. Attached hereto as **Exhibit 18** is a true and correct copy of a document produced by Plaintiffs in its entirety in the above-captioned matter at GENVNT-00287929.

21.     Attached hereto as **Exhibit 19** is a true and correct copy of the Joint Discovery Plan submitted in the above-captioned matter, dated August 7, 2023.

I hereby declare under the penalty of perjury that the foregoing statements made by me are true and correct.

*s/ James S. Richter*
James S. Richter
jrichter@midlige-richter.com

Dated: January 6, 2026