**Midlige Richter**

**JAMES S. RICHTER**
Of Counsel
(201) 874-7325 (m)
jrichter@midlige-richter.com

January 16, 2026

**BY ECF**

Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

> **Re:** ***Arbutus Biopharma Corp. and Genevant Sciences GmbH v. Pfizer Inc. and BioNTech SE*, Civil Action No. 23 CV 1876 (ZNQ) (TJB*)**

Dear Judge Bongiovanni:

This firm represents Plaintiffs in the above-referenced matter, along with Quinn Emanuel Urquhart & Sullivan, LLP, co-counsel for Genevant Sciences GmbH, and Morrison & Foerster LLP, co-counsel for Arbutus Biopharma Corp.

We write on behalf of all parties to respectfully request permission to file an omnibus motion to seal the following documents that contain or may contain confidential information:

- Briefing on Defendants' December 3, 2025 Letter Motion to Compel (ECF No. 268, 281)

- Briefing on Defendants' Motion for Leave to Amend Answer to Complaint, Counterclaim, and Invalidity Contentions and exhibits (ECF No. 270, 279)

- Briefing on Plaintiffs' Motion for Leave to Amend Infringement Contentions and exhibits (ECF No. 276)

This would include any other filings related to the foregoing disputes, including additional briefing, any forthcoming transcripts and rulings from the Court.

To avoid burdening the Court and parties with multiple joint motions to seal—and subject to the Court's approval—the parties have agreed to file one omnibus motion to seal the confidential documents, together with the redacted versions of all submissions subject to the sealing motion, 30 days after Your Honor issues any forthcoming ruling.

 

Honorable Tonianne J. Bongiovanni, U.S.M.J.                          January 16, 2026
                                                                              Page 2

      The parties respectfully submit that the submission of one omnibus motion to seal this material is the most efficient means of addressing the interrelated sealing issues and will avoid excessive and duplicative sealing motion practice.

      If this meets with the Court's approval, we respectfully request that Your Honor sign the below form of endorsement and have it entered on the docket.  Thank you for Your Honor's attention to this matter.

Respectfully submitted,

*s/ James S. Richter*

James S. Richter

Cc: All Counsel of Record (by ECF and email)

SO ORDERED this  20th  day of January 2026.

 s/Tonianne J. Bongiovanni
Honorable Tonianne J. Bongiovanni, U.S.M.J.