

**JAMES S. RICHTER**
Of Counsel
(201) 874-7325 (m)
jrichter@midlige-richter.com

January 23, 2026

**BY ECF**

Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

  Re: *Arbutus Biopharma Corp. and Genevant Sciences GmbH v. Pfizer Inc. and BioNTech SE*, **Civil Action No. 23 CV 1876 (ZNQ) (TJB***)*

Dear Judge Bongiovanni:

  This firm represents Plaintiffs in the above-referenced matter, along with Quinn Emanuel Urquhart & Sullivan, LLP, co-counsel for Genevant Sciences GmbH, and Morrison & Foerster LLP, co-counsel for Arbutus Biopharma Corp.

  We write jointly on behalf of Plaintiffs and Defendants Pfizer Inc. and BioNTech SE (collectively, "Defendants") to respectfully request a status conference at the Court's convenience to address the parties' recent submission regarding competing proposed case schedules (ECF No. 274).

  The parties' submission included an agreed-upon fact discovery deadline of May 8, 2026. The parties request the Court's assistance in addressing outstanding motions in order to meet this deadline and complete discovery in an efficient and orderly manner. In order to provide context for the proposed case schedules and to assist the Court in this discussion, we thought it would be helpful to identify by ECF number the applications that are currently pending: ECF No. 204 (fully briefed); ECF No. 214 (fully briefed); ECF No. 257 (fully briefed); ECF No. 268; ECF No. 269 (fully briefed); and ECF No. 275.

  The parties are available for a status conference at any time on February 9, in the afternoon on February 10, and at any time on February 11 and 12 2026, or at any time convenient for the Court.



Honorable Tonianne J. Bongiovanni, U.S.M.J.  January 23, 2026
Page 2

We appreciate the Court's consideration and continued assistance in this matter.

Respectfully submitted,

*s/ James S .Richter*

James S. Richter

Cc: All Counsel of Record (by ECF and email)