UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ARBUTUS PHARMA CORP., et al.,** | |
| Plaintiffs, | Civil Action No. 23-1876 (ZNQ) |
| v. | **ORDER** |
| **PFIZER INC., et al.,** | |
| Defendants. | |

This matter having been opened to the Court upon Defendants Pfizer Inc. and BioNTech SE's (collectively, "Defendants") motion to amend their invalidity contentions for the asserted claims of U.S. Patent Nos. 8,492,359 (the "'359 patent") and 11,141,378 (the "'378 patent") (collectively, the "Molar Ratio Patents") in order to add a single new indefiniteness defense under 35 U.S.C. § 112 related to limitations in the Molar Ratio Patents; and Plaintiffs Arbutus Biopharma Corp. and Genevant Sciences GmbH (collectively, "Plaintiffs") having opposed Defendants' motion; and the Court having fully reviewed and considered all arguments raised in favor of and in opposition to Defendants' motion to amend their invalidity contentions; and the Court having considered Defendants' motion without argument pursuant to L.Civ.R. 78.1(b); and for the reasons outlined in the Court's accompanying Memorandum Opinion; and for good cause shown;

IT IS on this 27th day of January, 2026,

ORDERED that Defendants' motion to amend their invalidity contentions is GRANTED; and it is further

ORDERED that Defendants shall produce their amended invalidity contentions to Plaintiffs by **February 2, 2026**; and it is further

ORDERED that Plaintiffs shall respond to Defendants amended invalidity contentions by **February 16, 2026** ; and it is further

ORDERED that the Court's accompanying Memorandum Opinion be filed under a temporary seal and that the parties shall file a consolidated motion to seal the Court's Memorandum Opinion pursuant to L.Civ.R. 5.3(c) within 21 days of their receipt of the same; and it is further

ORDERED that the Clerk of the Court terminate Docket Entry No. 214.


    s/Tonianne J. Bongiovanni
**HONORABLE TONIANNE J. BONGIOVANNI**
**UNITED STATES MAGISTRATE JUDGE**