

**William P. Deni, Jr.**
Partner
+1 973.596.4853 (t)
+1 973.639.8373 (f)
wdeni@fbtgibbons.com

January 27, 2026

**VIA ECF**

Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 E. State Street Trenton, New Jersey 08608

> Re:    ***Arbutus Pharma Corp., et al. v. Pfizer Inc., et al.,***
> **Civil Action No. 23-1876 (ZNQ)(TJB)**

Dear Judge Bongiovanni:

This firm represents Defendant/Counterclaimant BioNTech SE in the above-referenced matter, along with Winston & Strawn LLP, co-counsel for BioNTech SE. Pursuant to Your Honor's preferences with respect to *pro hac vice* applications on consent, enclosed please find the certifications of Lydia Wuorinen and William P. Deni, Jr., in support of the application for admission of Ms. Wuorinen *pro hac vice*, as well as a proposed Order.

If the foregoing is acceptable to Your Honor, we respectfully ask that Your Honor sign and enter the proposed Order. We thank the Court for its consideration of this request and remain available at the Court's convenience to address any questions or concerns.

Respectfully submitted,

s/ William P. Deni Jr.
William P. Deni, Jr.

One Gateway Center | Newark, NJ 07102 | 973-596-4500
**FBT Gibbons LLP | fbtgibbons.com**

cc:  All counsel of record (via ECF)