**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| ARBUTUS BIOPHARMA CORP. and GENEVANT SCIENCES GMBH, Plaintiffs/Counterclaim-Defendants, v. PFIZER INC. and BIONTECH SE, Defendants/Counterclaimants. | Civil Action No. 23-1876 (ZNQ) (TJB) *Document Electronically Filed* **CERTIFICATION OF WILLIAM P. DENI, JR. IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSION** |

I, William P. Deni, Jr., hereby certify as follows:

1.    I am a member of the firm of FBT Gibbons LLP, co-counsel for Defendant/Counterclaimant BioNTech SE ("BioNTech") in the above-captioned matter.  I submit this certification in support of BioNTech's application for an Order admitting Lydia Wuorinen of Winston & Strawn LLP (the "Applicant") as counsel *pro hac vice* for BioNTech pursuant to Local Civil Rule 101.1(c).  I am personally familiar with the facts set forth in this certification.

2.    I am a member in good standing of the bars of the State of New Jersey and the United States District Court for the District of New Jersey.

3.    Counsel for the other parties have informed my office that they consent to the admission *pro hac vice* of the Applicant in this matter.

4.    If the Court grants BioNTech's application, I or another member of FBT Gibbons LLP who is a member in good standing of the bars of the State of New Jersey and the United States District Court for the District of New Jersey will continue to serve as counsel of record in this matter, will review and sign all pleadings, briefs, and other papers filed with the Court, will be present for all appearances before the Court unless previously excused from appearing by the

Court, will be responsible for the conduct of this action and for the conduct of Applicant, and will otherwise comply with all the terms and conditions of Local Civil Rule 101.1(c).

I certify under penalty of perjury that the foregoing is true and correct.


Dated: January 27, 2026
       Newark, New Jersey

s/ William P. Deni, Jr.
William P. Deni, Jr.
**FBT GIBBONS LLP**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4853
wdeni@fbtgibbons.com

*Attorneys for Defendant/Counterclaimant*
*BioNTech SE*