**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| ARBUTUS BIOPHARMA CORP. and GENEVANT SCIENCES GMBH, <br><br>      Plaintiffs/Counterclaim-Defendants, <br><br> v. <br><br> PFIZER INC. and BIONTECH SE, <br><br>      Defendants/Counterclaimants. | Civil Action No. 23-1876 (ZNQ) (TJB) <br><br> *Document Electronically Filed* <br><br> **CERTIFICATION OF LYDIA WUORINEN IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSION** |

I, Lydia Wuorinen, hereby certify as follows:

1. I am an attorney with the law firm of Winston & Strawn LLP, co-counsel for Defendant/Counterclaimant BioNTech SE ("BioNTech") in the above-captioned action. I am fully familiar with the facts and circumstances surrounding this litigation, and I submit this Certification in support of BioNTech's application for my admission *pro hac vice* pursuant to Local Civil Rule 101.1(c).

2. Attached hereto as Exhibit A is a true and correct table that identifies each bar in which I am a member in good standing, including the year of admission and, to the best of my knowledge, the name and address of the official or office maintaining the roll of such members of its bar.

3. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction. I understand my continuing obligation to advise the Court of any disciplinary proceeding that may be instituted against me.

4. I am ineligible for plenary admission to the bar of this Court under Local Civil Rule 101.1(b).

5.    Pursuant to the rules of this Court, all papers filed on behalf of BioNTech in this action will be signed by the firm of FBT Gibbons LLP, attorneys of record for BioNTech.

6.    I agree to strictly observe the dates fixed for scheduling conferences, motions, pretrial conferences, trial or any other proceedings.  I further agree to submit to the disciplinary jurisdiction of this Court.

7.    Pursuant to Local Civil Rule 101.1(c)(2), I agree to pay the annual fee required by the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2(a).

8.    Pursuant to Local Civil Rule 101.1(c)(3), I agree to make the required payment to the Clerk, United States District Court.

I certify under penalty of perjury that the foregoing is true and correct.


Dated: January 27, 2026

*Lydia Wuorinen*

Lydia Wuorinen (D.C. Bar No. 90038713)
**WINSTON & STRAWN LLP**
1901 L Street N.W.
Washington, DC 20036
+1 (202) 282-5150
lwuorinen@winston.com

## EXHIBIT A

| Bar | Year of Admission | Name and Address of the Official or Office Maintaining the Roll of Members |
|---|---|---|
| District of Columbia | 2025 | The District of Columbia Bar<br>901 4th Street, NW<br>Washington, D.C. 20001 |