

**William P. Deni, Jr.**
Partner
+1 973.596.4853 (t)
+1 973.639.8373 (f)
wdeni@fbtgibbons.com

January 30, 2026

**VIA ECF**

Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 E. State Street Trenton, New Jersey 08608

> Re:    *Arbutus Pharma Corp., et al. v. Pfizer Inc., et al.,*
>        <u>Civil Action No. 23 CV 1876 (ZNQ)(TJB)</u>

Dear Judge Bongiovanni:

This firm represents Defendant BioNTech SE in the above-referenced matter, along with Winston & Strawn LLP, co-counsel for BioNTech SE. We are writing regarding Plaintiffs' Motion for Leave to Amend Infringement Contentions (ECF No. 276) and to request an extension of the deadline for Defendants to submit their opposition papers to February 6, 2026, while the parties discuss potential resolution of the Motion.

Plaintiffs do not oppose Defendants' request for an extension, provided that the remaining briefing schedule is as follows:

- Opposition papers due – February 6, 2026

- Reply papers due – February 20, 2026

If this is acceptable to Your Honor, we respectfully request that you "So Order" this letter where indicated below.

Respectfully submitted,

s/ William P. Deni, Jr.
William P. Deni, Jr.


Date:

**SO ORDERED**:

_____
Hon. Tonianne J. Bongiovanni, U.S.M.J.


cc:  All counsel of record (via ECF)