**FBT GIBBONS LLP**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500

*Attorneys for Defendant/Counterclaimant*
*BioNTech SE*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARBUTUS BIOPHARMA CORP. and GENEVANT SCIENCES GMBH,<br><br>        Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>PFIZER INC. and BIONTECH SE,<br><br>        Defendants/Counterclaimants. | Civil Action No. 23-1876 (ZNQ) (TJB)<br><br>*Document Electronically Filed*<br><br>**CERTIFICATE OF SERVICE** |

I, William P. Deni, Jr., hereby certify as follows:

1.      I am an attorney admitted to practice before this Court and a member of the law firm FBT Gibbons LLP, counsel for Defendant/Counterclaimant BioNTech SE in the above-captioned action.

2.      On February 6, 2026, I caused the following documents to be electronically filed via ECF on behalf of Defendants/Counterclaimants BioNTech SE and Pfizer Inc. (collectively, "Defendants") and served on all counsel of record via email:

    (a)      Defendants' Brief in Opposition to Plaintiffs' Motion for Leave to Amend Infringement Contentions;

    (b)      Declaration of Brian L. O'Gara, along with exhibits attached thereto; and

    (c)      this Certificate of Service.

1

I certify under penalty of perjury that the foregoing is true and correct.

Dated: February 6, 2026                    s/ William P. Deni, Jr.
      Newark, New Jersey                 William P. Deni, Jr.
                                                **FBT GIBBONS LLP**
                                                One Gateway Center
                                                Newark, New Jersey 07102
                                                (973) 596-4500
                                                wdeni@fbtgibbons.com

                                                *Attorneys for Defendant/Counterclaimant*
                                                *BioNTech SE*

2