**WALSH PIZZI O'REILLY FALANGA**

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

February 17, 2026

**VIA ECF**
Hon. Tonianne J. Bongiovanni, U.S.M.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, New Jersey 08608

Re: *Arbutus Biopharma Corp., et al. v. Pfizer Inc., et al.*
Civil Action No.: 3:23-cv-01876 (ZNQ-TJB)

Dear Judge Bongiovanni:

This firm, together with Willkie Farr & Gallagher LLP, represents Defendant Pfizer Inc. ("Pfizer") in the above-captioned matter.

We write on behalf of all parties regarding the deadline to file a motion to seal the Court's Memorandum Opinion, dated January 27, 2026 (D.E. 288). Pursuant to the Court's Letter Order, dated August 13, 2025 (D.E. 242), the motion to seal submissions relating to Defendants' Motion to Amend Invalidity Contentions, including the Court's ruling as to same, was set to be due 30 days following the later of the decisions on Plaintiffs' motion to compel, D.E. 204, and Defendants' motion to amend. Pursuant to the Court's January 27, 2026 Order granting Defendants' Motion to Amend their invalidity contentions, the consolidated motion to seal the Court's Memorandum Opinion is due February 17, 2026. We write to clarify the date on which the motion to seal the Court's Memorandum Opinion is due and to respectfully request that the Court deem its earlier order, D.E. 242, as controlling (omnibus motion to seal, including the Court's Motion to Amend opinion, due 30 days following the decision on Plaintiffs' motion to compel).

If the above meets with Your Honor's approval, we respectfully request that you So Order this letter and enter it on the docket. We thank the Court for its consideration, and remain available should the Court have any questions regarding the within.

Respectfully submitted,

*s/Liza M. Walsh*
Liza M. Walsh

cc: All Counsel of Record (via ECF & email)

SO ORDERED this   18th   day of February 2026.

s/Tonianne J. Bongiovanni
Honorable Tonianne J. Bongiovanni, U.S.M.J.