UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ARBUTUS BIOPHARMA CORP. and GENEVANT SCIENCES GMBH,<br><br>Plaintiffs,<br><br>v.<br><br>PFIZER INC. and BIONTECH SE,<br><br>Defendants. | Honorable Zahid N. Quraishi, U.S.D.J.<br><br>Civil Action No. 23 CV 1876 (ZNQ)(TJB)<br><br>**DECLARATION OF QUENTIN R. JORGENSEN IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS** |

I, QUENTIN R. JORGENSEN, declare as follows:

1. I am an associate at the firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Genevant Sciences GmbH (jointly with Arbutus Biopharma Corp., "Plaintiffs") in the above-captioned matter. I submitted a declaration concurrently with Plaintiffs' Opening Brief in Support of Plaintiffs' Motion for Leave to Amend Infringement Contentions attaching Exhibits 1-14. I make this declaration in further support of Plaintiffs' Motion for Leave to Amend Infringement Contentions. If called to testify, I could and would testify competently to the following facts.

2. Attached hereto as **Exhibit 15** is a true and correct copy of Defendants' Noninfringement Contentions dated December 18, 2023.

3. Attached hereto as **Exhibit 16** is a true and correct copy of email correspondence sent by BioNTech SE's counsel at Winston & Strawn LLP to Plaintiffs' Counsel at Midlige Richter, LLC, Quinn Emanuel Urquhart & Sullivan, LLP, and Morrison & Foerster LLP

attaching a redacted version of Defendants' Brief in Opposition to Plaintiffs' Motion for Leave to Amend Infringement Contentions.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct. Executed on this 20th day of February, 2026, in New York, New York.

*[signature]*

Quentin R. Jorgensen