**Midlige Richter**

121 UNION AVENUE
MIDDLESEX, NEW JERSEY 08846
PHONE: 908.626.0622

**JAMES S. RICHTER**
Of Counsel
(201) 874-7325 (m)
jrichter@midlige-richter.com

March 26, 2026

**BY ECF AND EMAIL**

Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

    **Re:**    *Arbutus Biopharma Corp. and Genevant Sciences GmbH v. Pfizer Inc. and BioNTech SE*, **Civil Action No. 23 CV 1876 (ZNQ) (TJB***)*

Dear Judge Bongiovanni:

This firm represents Plaintiffs in the above-referenced matter, along with Quinn Emanuel Urquhart & Sullivan, LLP, co-counsel for Genevant Sciences GmbH, and Morrison & Foerster LLP, co-counsel for Arbutus Biopharma Corp. We write to respectfully request a status conference to discuss the potential appointment of a Special Discovery Master.

While we recognize Your Honor's experience managing complex discovery matters, we also appreciate the significant demands of Your Honor's current docket. In light of the volume and pace of discovery disputes in this case, Plaintiffs respectfully submit that a Special Discovery Master could assist the Court in addressing the pending motions, conserving judicial resources, and ensuring continued progress toward trial.

At present, six discovery motions are pending before Your Honor - three submitted by Defendants (including one filed this week) and three submitted by Plaintiffs. The parties have served deposition notices for individual witnesses and corporate representatives, but several of those depositions cannot proceed until the pending motions are resolved. The parties have not yet exchanged Rule 30(b)(6) responses and objections, and Defendants have already objected to three Rule 30(b)(1) deposition notices, indicating that additional motion practice concerning deposition discovery is likely.

Given the volume of existing disputes and the trajectory of discovery in this complex matter, Plaintiffs believe that the appointment of a Special Discovery Master would meaningfully aid the efficient administration of this matter and materially assist the Court in managing its already demanding docket.

Honorable Tonianne J. Bongiovanni, U.S.M.J.

March 26, 2026
Page 2

Plaintiffs sought Defendants' position regarding this proposal to assist Your Honor. Defendants indicated that they oppose this request, and do not agree that a Special Master will help Your Honor nor would it be beneficial to moving this case forward.

Plaintiffs therefore respectfully seek a conference at the Court's earliest convenience to discuss whether the appointment of a Special Discovery Master would aid the efficient administration of this case.

We appreciate the Court's consideration and continued assistance in this matter.

Respectfully submitted,

s/ James S .Richter

James S. Richter

Cc: All Counsel of Record (by ECF and email)