

**William P. Deni, Jr.**
Partner
+1 973.596.4853 (t)
+1 973.639.8373 (f)
wdeni@fbtgibbons.com

March 27, 2026

**VIA ECF**

Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 E. State Street Trenton, New Jersey 08608

Re:    ***Arbutus Pharma Corp., et al. v. Pfizer Inc., et al.*,
        Civil Action No. 23-1876 (ZNQ) (TJB)**

Dear Judge Bongiovanni:

This firm represents Defendant BioNTech SE in the above-referenced matter, along with Winston & Strawn LLP, co-counsel for BioNTech SE.  Together with Pfizer Inc. (collectively, "Defendants"), Defendants respectfully submit this letter in response to Plaintiffs' letter requesting a status conference to discuss the potential appointment of a special master (ECF No. 300).

Plaintiffs' letter offers a truncated and incomplete characterization of Defendants' position. When Plaintiffs requested Defendants' position on the appointment of a special master, Defendants stated:

> After considering Plaintiffs' proposal, Defendants do not believe that appointing a special master would be appropriate or necessary at this time. Defendants believe that Judge Bongiovanni is best positioned to address discovery disputes in this case, as she is familiar with the record, and she has experience managing complex discovery in this case and others. Accordingly, Defendants do not agree that involving a special master would be beneficial, and we do not believe it would improve the resolution of the pending disputes.

Z. Goldstein email on March 23, 2026.

Defendants maintain that Your Honor is uniquely well-positioned to manage the discovery issues in this case, having presided over the proceedings from the outset and devoted substantial attention to the parties' disputes, including hearing oral argument on several of the now-pending motions. To be clear, however, Defendants will not oppose an order appointing a special master should the Court determine that such an appointment is appropriate and in the best interests of the Court. We are available at Your Honor's convenience.

Respectfully submitted,

s/ William P. Deni, Jr.
William P. Deni, Jr.

cc:  All counsel of record (via ECF)

2