**Midlige Richter**

121 UNION AVENUE
MIDDLESEX, NEW JERSEY 08846
PHONE: 908.626.0622

**JAMES S. RICHTER**
Of Counsel
(201) 874-7325 (m)
jrichter@midlige-richter.com

April 1, 2026

**BY ECF**

Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

> **Re:** ***Arbutus Biopharma Corp. and Genevant Sciences GmbH v. Pfizer Inc. and BioNTech SE***
> ***Civil Action No. 23 CV 1876 (ZNQ)(TJB)***

Dear Judge Bongiovanni:

This firm represents Plaintiffs in the above-referenced matter, along Quinn Emanuel Urquhart & Sullivan, LLP, co-counsel for Genevant Sciences GmbH, and Morrison & Foerster LLP, co-counsel for Arbutus Biopharma Corp. Please accept this letter on Plaintiffs' behalf to respectfully request until April 23, 2026 to respond to Defendants' March 23, 2026 letter to Your Honor seeking the Court's assistance with a purported discovery dispute. (ECF No. 299).

If this is acceptable to Your Honor, we respectfully request that you "So Order" this letter where indicated below.

We thank Your Honor for your consideration of the foregoing and continued attention to this matter. Should you have any questions, or would like to discuss, we are available at your convenience.

Respectfully submitted,

*s/ James S. Richter*

James S. Richter

Cc: All Counsel of Record (by ECF)

SO ORDERED:

_____

Honorable Tonianne J. Bongiovanni, U.S.M.J.

Dated: April _____, 2026