

**William P. Deni, Jr.**
Partner
+1 973.596.4853 (t)
+1 973.639.8373 (f)
wdeni@fbtgibbons.com

May 20, 2026

**VIA ECF**

Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 E. State Street Trenton, New Jersey 08608

> Re:   *Arbutus Pharma Corp., et al. v. Pfizer Inc., et al.*,
>        **Civil Action No. 23-1876 (ZNQ) (TJB)**

Dear Judge Bongiovanni:

This firm, along with Winston & Strawn LLP, represents Defendant BioNTech SE in the above-referenced matter. Together with Pfizer Inc. (collectively, "Defendants"), Defendants respectfully request a two-week extension of time to June 5, 2026, to respond to Plaintiffs' letter filed on May 15, 2026 (ECF No. 305). This is Defendants' first request for an extension of time to respond to Plaintiffs' May 15, 2026, letter. Plaintiffs take no position on this request.

If Your Honor approves of this extension, we respectfully request that Your Honor "So Order" this letter. We thank the Court for its consideration of this request.

Respectfully submitted,

s/ William P. Deni, Jr.
William P. Deni, Jr.

cc: All counsel of record (via ECF)