**WALSH**
PIZZI
O'REILLY
FALANGA

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

May 28, 2026

**VIA ECF**
Hon. Tonianne J. Bongiovanni, U.S.M.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, New Jersey 08608

> Re:    *Arbutus Biopharma Corp., et al. v. Pfizer Inc., et al.*
>        **Civil Action No.: 3:23-cv-01876 (ZNQ-TJB)**

Dear Judge Bongiovanni:

This firm, together with Willkie Farr & Gallagher LLP, represents Defendant Pfizer Inc. ("Pfizer") in the above-captioned matter.

Pursuant to L. Civ. R. 101.1(c)(5), we respectfully request Your Honor's approval of the withdrawal of Ren-How Harn as Pfizer's *pro hac vice* counsel. Mr. Harn was admitted *pro hac vice* on behalf of Pfizer by this Court's Order on March 27, 2025 (D.E. 166). The law firms of Walsh Pizzi O'Reilly Falanga LLP and Willkie Farr & Gallagher LLP will continue to represent Pfizer in this action.

If Your Honor approves, we respectfully request that Your Honor "So Order" this letter and have it filed on the docket. As always, we thank the Court for its attention to this matter and we are available should Your Honor or Your Honor's staff have any questions or need anything further.

Respectfully submitted,

*s/Liza M. Walsh*

Liza M. Walsh

cc:    All Counsel of Record (via ECF)

SO ORDERED this _____ day of _____, 2026.

_____
Hon. Tonianne J. Bongiovanni, U.S.M.J.