

**William P. Deni, Jr.**
Partner
+1 973.596.4853 (t)
+1 973.639.8373 (f)
wdeni@fbtgibbons.com

June 24, 2026

**VIA ECF**

Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 E. State Street Trenton, New Jersey 08608

> Re:   ***Arbutus Pharma Corp., et al. v. Pfizer Inc., et al.*,**
> **Civil Action No. 23-1876 (ZNQ) (TJB)**

Dear Judge Bongiovanni:

This firm, along with Winston Taylor LLP, represents Defendant BioNTech SE in the above-referenced matter.  We write to respectfully request permission to file an omnibus motion to seal the following documents that have been filed under seal:

- Plaintiffs' May 15, 2026, Letter Regarding Application to Compel Depositions of Defendants' CEOs (ECF Nos. 305, 305-1, 305-2, 305-3, 305-4, 305-5, 305-6, 305-7, 305-8, 305-9, 305-10, 305-11, 305-12, 305-13, 305-14, 305-15);

- Defendants' June 5, 2026, Opposition Letter (ECF Nos. 310, 310-1, 310-2, 310-3, 310-4, 310-5, 310-6, 310-7, 310-8, 310-9, 310-10, 310-11, 310-12);

- Plaintiffs' June 12, 2026, Reply Letter (ECF No. 312);

- Transcripts of oral argument, if any; and

- the Court's forthcoming decision.

To avoid burdening the Court and parties with multiple joint motions to seal—and subject to the Court's approval—BioNTech intends to file one omnibus motion to seal these documents, together with the redacted versions of all submissions subject to the sealing motion, 30 days after Your Honor issues any forthcoming ruling.  BioNTech respectfully submits that the submission of

one omnibus motion to seal this material is the most efficient means of addressing the interrelated sealing issues and will avoid excessive and duplicative sealing motion practice.

The parties have conferred and Plaintiffs have no objection to the foregoing.

If this meets the Court's approval, we respectfully request that Your Honor "So Order" this letter.  We thank the Court for its attention to this matter.

Respectfully submitted,

s/ William P. Deni, Jr.
William P. Deni, Jr.

cc:  All counsel of record (via ECF)

2