MIDLIGE RICHTER, LLC
121 Union Avenue
Middlesex, New Jersey 08846
(908) 626-0622
James S. Richter

*Attorneys for Plaintiffs,*
*Arbutus Biopharma Corp. and*
*Genevant Sciences GmbH*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ARBUTUS BIOPHARMA CORP. and GENEVANT SCIENCES GMBH, | Honorable Zahid N. Quraishi, U.S.D.J. |
|  | Civil Action No. 23 CV 1876 (ZNQ)(TJB) |
| Plaintiffs, |  |
| v. | **ORDER GRANTING ADMISSION OF COUNSEL PRO HAC VICE** |
| PFIZER INC. and BIONTECH SE, |  |
| Defendants. |  |

**THIS MATTER**, being opened to the Court by Midlige Richter LLC, who, along with Quinn Emanuel Urquhart & Sullivan, LLP, are co-counsel for Plaintiff, Genevant Sciences GmbH in the above-captioned matter, for an Order allowing Luke Phillips of Quinn Emanuel Urquhart & Sullivan, LLP to appear and participate *pro hac vice* in this matter, and the Court having considered the papers submitted in support of the application, and Defendants having consented, and for good cause shown pursuant to *L. Civ. R.* 101.1(c);

**IT IS** on this day 17th of July, 2026,

**ORDERED**, as follows:

1. Luke Phillips of Quinn Emanuel Urquhart & Sullivan, LLP be and hereby is permitted to appear *pro hac vice* in the above-captioned matter pursuant to *L. Civ. R.* 101.1(c), United States District Court for the District of New Jersey; provided, however, that all pleadings, briefs, and other papers filed with the Court on behalf of Plaintiffs shall be signed by James S. Richter, a member in good standing of the Bar of the Supreme Court of New Jersey and the Bar of this Court, who shall be held responsible for said papers and for the conduct of the case and who shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorneys admitted *pro hac vice* pursuant to this Order.

2. Luke Phillips shall pay, if not already paid, the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order.

3. Luke Phillips shall make a payment of $250.00 pursuant to *L. Civ. R.* 101(c)(3) payable to the Clerk, U.S. District Court.

4. Luke Phillips shall be bound by the Local Civil Rules of the United States District Court for the District of New Jersey, including, but not limited to, the provisions of *L. Civ. R.* 104.1, *Discipline of Attorneys*.

5. Luke Phillips shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule 1:21-7, as amended.

s/Tonianne J. Bongiovanni
_____

Honorable Tonianne J. Bongiovanni, U.S.M.J.