**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE: TRENTON**                                          DATE OF PROCEEDINGS
**MAGISTRATE JUDGE: BONGIOVANNI**           **July 17, 2026**
**Digitally Recorded: John Moller**

**TITLE OF CASE**:                                          **23-cv-1876 (ZNQ)**

ARBUTUS PHARMA CORP., et al
      V.
PFIZER INC., et al

**APPEARANCES:**

Luke Phillips, Esq., for plaintiffs
Nick Cerrito, Esq., for plaintiffs
Frank Calvosa, Esq., for plaintiffs
Eric Stops, Esq., for plaintiffs
James Richter, Esq., for plaintiffs
Claire Fundakowski, Esq., for defendants
Sara Horton, Esq., for defendants
Alison King, Esq., for defendants
Chuck Klein, Esq., for defendants

**NATURE OF PROCEEDING:**

Case Management Conference held.

TIME COMMENCED:          1:00 p.m.
TIME ADJOURNED:          2:44 p.m.
TOTAL TIME:   1 HOUR and 44  MINUTES

                                      s/ John Moller
                                         Deputy Clerk