**WINSTON TAYLOR.**

300 N. LaSalle Dr.
Suite 4400
Chicago, IL 60654-3406
+1 (312) 558-5600

**KEVIN BOYLE**
Associate
(312) 558-8138
Kevin.Boyle@winstontaylor.com

8/3/2026

**VIA EMAIL**

Eric C. Stops
QUINN EMANUEL URQUHART & SULLIVAN, LLP
295 Fifth Avenue
New York, NY 10016
(212) 849-7000
ericstops@quinnemanuel.com

Re:    *Arbutus Biopharma Corp. and Genevant Sciences GmbH v. Pfizer Inc. and BioNTech SE*, **Civil Action No. 23-1876 (ZNQ)(TJB)**

Counsel:

We write regarding the Court's direction at the July 17, 2026 hearing to narrow Defendants' discovery requests relating to Janet Shaw's custodial file and list of Plaintiffs' inadequate privilege log entries.

## I.    Narrowed requests for Ms. Janet Shaw's Custodial File

Defendants request that Plaintiffs search for and produce the documents detailed below from Janet Shaw's custodial file between January 1, 2001 and June 28, 2002.

- All of Janet Shaw's laboratory notebooks relating to lipid vesicles (including the preparation of lipid vesicles and/or the testing of lipid vesicles);

- All documents and communications referring to or relating to Norbert Maurer;

- All documents and communications referring to or relating to ethanol injection methods, ethanol drop methods, or other methods for preparing lipid vesicles involving ethanol; and

- All laboratory meeting minutes, including all appendices, attachments, or supporting materials associated with laboratory meeting minutes.

The foregoing proposal reflects the good-faith narrowing effort the Court requested during the July 17 conference.  Plaintiffs' own productions demonstrate that these discrete categories of documents likely exist within Janet Shaw's files.  ECF No. 268, 7 -13.  And these documents bear directly on issues Plaintiffs themselves have placed at the center of this case, including conception,

**WINSTON TAYLOR.**

reduction to practice, process development, and the contemporaneous research underlying the asserted patents. *Id.*

In view of Plaintiffs' prior representations that "Plaintiffs have produced all responsive documents from the files of Janet Shaw" and that "no other documents are within the agreed-upon scope of production" (ECF No. 281 at 1), Defendants reserve the right to seek further documents from Janet Shaw's custodial file if the above requests yield responsive information.

## II.   Narrowed requests for the Privilege Log Dispute

Defendants request that Plaintiffs supplement their privilege log for the below narrowed list of entries:

- GENVNT_PRIV_0001650,

- GENVNT_PRIV_0001896,

- GENVNT_PRIV_0002113,

- GENVNT_PRIV_0002116,

- GENVNT_PRIV_0002141,

- GENVNT_PRIV_0002549;

- GENVNT_PRIV_0002998;

- GENVNT_PRIV_0003089;

- GENVNT_PRIV_0003097;

- GENVNT_PRIV_0003185,

- GENVNT_PRIV_0003251;

- GENVNT_PRIV_0003256;

- GENVNT_PRIV_0003724;

- GENVNT_PRIV_0003748;

- GENVNT_PRIV_0003759;

- GENVNT_PRIV_0003924;

- GENVNT_PRIV_0004520;

- GENVNT_PRIV_0004664;

**WINSTON TAYLOR.**

- GENVNT_PRIV_0004921;

- GENVNT_PRIV_0004923;

- GENVNT_PRIV_0004988;

- GENVNT_PRIV_0006161;

- GENVNT_PRIV_0006456;

- GENVNT_PRIV_0006736;

- GENVNT_PRIV_0006910;

- GENVNT_PRIV_0006926;

- GENVNT_PRIV_0008057;

- GENVNT_PRIV_0008280;

- GENVNT_PRIV_0008121;

- GENVNT_PRIV_0008301;

- GENVNT_PRIV_0008345;

- GENVNT_PRIV_0013978;

- GENVNT_PRIV_0026136;

- GENVNT_PRIV_0026172;

- GENVNT_PRIV_0026210;

- GENVNT_PRIV_0026220;

- GENVNT_PRIV_0027811;

- GENVNT_PRIV_0029908;

- GENVNT_PRIV_0029910;

- GENVNT_PRIV_0030728;

- GENVNT_PRIV_0030802;

- GENVNT_PRIV_0032229;

**WINSTON TAYLOR.**

- GENVNT_PRIV_0032286;

- GENVNT_PRIV_0032294;

- GENVNT_PRIV_0032546;

- GENVNT_PRIV_0035807;

- GENVNT_PRIV_0035825;

- GENVNT_PRIV_0039090;

- GENVNT_PRIV_0039154;

- GENVNT_PRIV_0039786.


Best regards

Kevin J. Boyle

Cc: counsel of record