Midlige Richter

121 UNION AVENUE
MIDDLESEX, NEW JERSEY 08846
PHONE: 908.626.0622

**JAMES S. RICHTER**
Of Counsel
(201) 874-7325 (m)
jrichter@midlige-richter.com

August 19, 2026

**BY ECF**

Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

**Re: *Arbutus Biopharma Corp. and Genevant Sciences GmbH v. Pfizer Inc. and BioNTech SE*, Civil Action No. 23-1876 (ZNQ)(TJB)**

Dear Judge Bongiovanni:

This firm represents Plaintiffs in the above-referenced matter, along with Quinn Emanuel Urquhart & Sullivan, LLP, co-counsel for Genevant Sciences GmbH, and Morrison & Foerster LLP, co-counsel for Arbutus Biopharma Corporation.

Adam Burstain of Quinn Emanuel was admitted *pro hac vice* in this matter on May 15, 2025 (ECF No. 185). Effective August 21, 2026, Mr. Burstain will no longer be with Quinn Emanuel.

Accordingly, pursuant to *L.Civ.R.* 101.1(c)(5), we respectfully request that the Court approve the withdrawal of Mr. Burstain as *pro hac vice* counsel in this matter and "So Order" this letter where indicated below.

We thank Your Honor for your consideration of the foregoing and your continued assistance with this matter. Should you have any questions, we are available at your convenience.

Respectfully submitted,

*s/ James S. Richter*

James S. Richter

Cc: All Counsel (by ECF)

SO ORDERED:

____________________________________
Honorable Tonianne J. Bongiovanni, U.S.M.J.

Dated: August ____, 2026