**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **ARBUTUS PHARMA CORP., et al.,** | |
| **Plaintiffs,** | **Civil Action No. 23-1876 (ZNQ)** |
| **v.** | **ORDER** |
| **PFIZER INC., et al.,** | |
| **Defendants.** | |

This matter having been opened to the Court upon several informal letter motions to compel discovery; and the Court having considered all arguments raised in favor of and in opposition to the requests to compel discovery, including those contained in the parties' written submissions and those raised during the hearings held on August 6, 2025, October 17, 2025, and July 17, 2026; and for the reasons outlined in the Court's accompanying Memorandum Opinion; and for good cause shown;

IT IS on this 27th day of August, 2026,

**ORDERED** that Plaintiffs' request to compel Defendants to provide responses to Requests for Production ("RFP") 61 and 63 is DENIED; and it is further

**ORDERED** that Plaintiffs' request to compel Defendants to respond to RFP 112 is DENIED; and it is further

**ORDERED** that Defendants' request to compel the production of certain meeting minute appendices and responsive documents from the custodial files of Victor Knopov is DENIED as moot; and it is further

**ORDERED** that Defendants request to compel the production of additional information from the custodial files of Janet Shaw is DENIED; and it is further

**ORDERED** that no later than **September 18, 2026**, the parties shall meet and confer in a good faith effort to narrow the "Zorn" privilege log entries at issue. The parties shall submit a status update regarding their efforts and whether all issues have been resolved by **September 30, 2026**; and it is further

**ORDERED** that Defendants' request to compel the production of materials from the *Moderna* Litigation is DENIED; and it is further

**ORDERED** that Plaintiffs' request to compel the depositions of Defendants' CEOs, Dr. Albert Bourla and Dr. Ugur Sahin is DENIED as premature; and it is further

**ORDERED** that the Court's accompanying Memorandum Opinion be filed under a temporary seal and that the parties shall file a consolidated motion to seal the Court's Memorandum Opinion pursuant to L.Civ.R. 5.3(c) within 21 days of their receipt of the same.

s/Tonianne J. Bongiovanni
**HONORABLE TONIANNE J. BONGIOVANNI**
**UNITED STATES MAGISTRATE JUDGE**