**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**ARBUTUS PHARMA CORP., *et al.*,**

Plaintiffs,

v.

**PFIZER INC., *et al.*,**

Defendants.

Civil Action No. 23-1876 (ZNQ) (TJB)

**ORDER**

**QURAISHI, District Judge**

**THIS MATTER** comes before the Court upon a renewed request by Plaintiffs that the Court appoint a Special Discovery Master. (*See* ECF Nos. 300, 324.) Defendants have indicated that they take no position on the appointment of a Special Discovery Master for future discovery disputes, but that their preference would be for the Court to resolve the disputes currently pending. (ECF No. 326.)

Under Federal Rule of Civil Procedure 53, a court may appoint a Special Master to "address pretrial . . . matters that cannot be effectively and timely addressed by an available district judge or magistrate judge of the District." Fed. R. Civ. P. 53(a)(1)(B). The docket for this matter reflects that the parties have vigorously litigated this case, and they can reasonably be expected to continue to vigorously litigate discovery issues. To date, the Court has devoted substantial time to addressing and attempting to resolve the parties' various pretrial disputes. The Court recently issued decisions addressing several of the parties' outstanding issues. (ECF Nos. 328, 330–332.) Nevertheless, it is clear to the Court that this matter will continue to require intensive case management involving the resolution of future disputes. The anticipated level of case management is untenable given the burdens on the District of New Jersey. The Court therefore finds that it is

both necessary and appropriate to appoint a special master in this case. The Court proposes to appoint the Honorable Jose L. Linares, U.S.D.J. (ret.) as the Special Discovery Master. It is the Court's intention that the Special Discovery Master have all of the authority specified by Fed. R. Civ. P. 53(c) and that the parties equally bear the costs for the Master's services resolving each dispute unless, for good cause shown, the Special Discovery Master determines otherwise.

For the foregoing reasons, **IT IS** on this **3rd** day of **September 2026**,

**ORDERED** that Jose Linares shall file a Declaration pursuant to Fed. R. Civ. P. 53(b)(3) and 28 U.S.C. § 455 by **September 9, 2026**; it is further

**ORDERED** that the parties shall file any response to that Declaration by **September 14, 2026.**

**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**