Liza M. Walsh
Jessica K. Formichella
Lauren R. Malakoff
**WALSH PIZZI O'REILLY FALANGA LLP**
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100

*Attorneys for Defendant/Counterclaimant Pfizer Inc.*

William P. Deni, Jr.
J. Brugh Lower
Stephen R. Donat
**FBT GIBBONS LLP**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500

*Attorneys for Defendant/Counterclaimant BioNTech SE*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

ARBUTUS BIOPHARMA CORP. and GENEVANT SCIENCES GMBH,

Plaintiffs/Counterclaim Defendants,

v.

PFIZER INC. and BIONTECH SE,

Defendants/Counterclaimants.

Civil Action No. 23-1876 (ZNQ) (TJB)

*Document Electronically Filed*

**DEFENDANTS' NOTICE OF MOTION FOR CLARIFICATION OR, IN THE ALTERNATIVE, RECONSIDERATION OF MEMORANDUM OPINION DATED AUGUST 21, 2026**

**PLEASE TAKE NOTICE** that on October 5, 2026, or as soon thereafter as counsel may be heard, Defendants/Counterclaimants Pfizer Inc. and BioNTech SE (collectively, "Defendants") shall move before the Honorable Tonianne J. Bongiovanni, U.S.M.J., for entry of an order clarifying the Court's August 21, 2026 Memorandum Opinion (Dkt. 328).

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Defendants will rely on the accompanying brief, declaration and exhibits thereto, as well as all prior papers and pleadings on file in this action.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

**PLEASE TAKE FURTHER NOTICE** that a Certification attesting to the date and manner of service is also submitted herewith.

Dated: September 3, 2026

s/ Liza M. Walsh
Liza M. Walsh
Jessica K. Formichella
Lauren R. Malakoff
**WALSH PIZZI O'REILLY FALANGA LLP**
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100
lwalsh@walsh.law
jformichella@walsh.law
lmalakoff@walsh.law

OF COUNSEL:

Sara Tonnies Horton (*pro hac vice*)
**WILLKIE FARR & GALLAGHER LLP**
300 North LaSalle Drive
Chicago, Illinois 60654
(312) 728-9040

*Attorneys for Defendant/Counterclaimant Pfizer Inc.*

s/ William P. Deni, Jr.
William P. Deni, Jr.
J. Brugh Lower
Stephen R. Donat
**FBT GIBBONS LLP**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500
wdeni@gibbonslaw.com
jlower@gibbonslaw.com
sdonat@gibbonslaw.com

OF COUNSEL:

Charles B. Klein (*pro hac vice*)
Jovial Wong (*pro hac vice*)
Claire Fundakowski (*pro hac vice*)
Sharon Lin (*pro hac vice*)
**WINSTON TAYLOR LLP**
1901 L Street NW
Washington, D.C. 20036
(202) 282-5000

Ivan Poullaos (*pro hac vice*)
Alison M. King (*pro hac vice*)
Kevin J. Boyle (*pro hac vice*)
Zoe A. Goldstein (*pro hac vice*)
Brian L. O'Gara (*pro hac vice*)
**WINSTON TAYLOR LLP**
35 W. Wacker Drive
Chicago, IL 60601
(312) 558 5600

Eimeric Reig-Plessis (*pro hac vice*)
**WINSTON TAYLOR LLP**
101 California Street, 35th Floor
San Francisco, CA 94111
(415) 591-1000

Ashley Graham (*pro hac vice*)
**WINSTON TAYLOR LLP**
200 Park Avenue
New York, NY 10166
(212) 294-6700

Bruce M. Wexler (*pro hac vice*)
Eric W. Dittmann
Isaac S. Ashkenazi
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
(212) 318-6000

Simon F. Kung (*pro hac vice*)
**PAUL HASTINGS LLP**
1117 California Avenue
Palo Alto, California 94304
(650) 320-1800

*Attorneys for Defendant/Counterclaimant BioNTech SE*