**FBT GIBBONS LLP**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500

*Attorneys for Defendant/Counterclaimant BioNTech SE*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ARBUTUS BIOPHARMA CORP. and GENEVANT SCIENCES GMBH,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>PFIZER INC. and BIONTECH SE,<br><br>Defendants/Counterclaimants. | Civil Action No. 23-1876 (ZNQ) (TJB)<br><br>*Document Electronically Filed*<br><br>**CERTIFICATE OF SERVICE** |

I, William P. Deni, Jr., hereby certify as follows:

1. I am an attorney at law admitted to practice before this Court and a member of the law firm of FBT Gibbons LLP, counsel for for Defendant/Counterclaimant BioNTech SE in the above-captioned matter.

2. On September 3, 2026, I caused the following documents to be electronically filed via ECF on behalf of Defendants/Counterclaimants BioNTech SE and Pfizer Inc. (collectively, "Defendants") and served on all counsel of record via email:

(a) Notice of Motion for Clarification or, in the Alternative, Reconsideration of Memorandum Opinion Dated August 21, 2026 (the "Motion");

(b) Defendants' Opening Brief in Support of the Motion;

(c) Declaration of William P. Deni in Support of the Motion and attached Exhibits;

(d) Proposed Order; and

(e) this Certificate of Service.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: September 3, 2026
Newark, New Jersey

s/ William P. Deni, Jr.
William P. Deni, Jr.
**FBT GIBBONS LLP**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4853
wdeni@fbtgibbons.com