**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ARBUTUS PHARMA CORP. *et al*,<br>Plaintiffs,<br>v.<br>PFIZER INC. *et al.*,<br>Defendants. | Civil Action No. 23-1876 (ZNQ) (TJB) |

**AFFIDAVIT OF HON. JOSE L. LINARES, U.S.D.J. (ret.)**

State of New Jersey )
) ss:
County of Essex )

I, Jose L. Linares, of full age and sound mind, being duly sworn according to law, upon my oath, depose and say:

1. At the Court's direction (ECF No. 333), I submit this Affidavit pursuant to 28 U.S.C. § 455.

2. I am a retired United States District Judge for the District of New Jersey.

3. I am currently a partner with the law firm of McCarter & English, LLP in the firm's Newark, NJ office.

4. Upon receipt of the Court's September 3, 2026 Order, I caused my firm, McCarter & English, LLP, to run a conflicts check on this matter (the "Matter").

5. McCarter has both represented and been adverse to Pfizer Inc. in several unrelated matters. McCarter has also represented BioNTech SE in at least one unrelated matter.

6. Importantly, I was not involved in any of these matters, nor do I have any personal knowledge regarding same. If assigned as Special Master, I, and any McCarter Attorney working with me on the Matter, will be walled off the aforesaid matters.

7. I have no personal bias or prejudice concerning any party to this Matter nor will the aforementioned matters cause me to have any personal bias or prejudice concerning any party to the Matter.

8. None of the aforementioned matters involve the subject dispute. As such, I do not have personal knowledge of disputed evidentiary facts concerning this Matter.

9. I have never served as a lawyer in this Matter in private practice nor did I oversee any portion of this Matter while serving as a federal judge.

10. I do not know any of the parties.

11. No person within the third degree of relationship is a party in this action, related to a party in this action, or has any interest in this the outcome of this action.

12. As such, I am certain that I can serve as an impartial Special Master in this Matter, consistent with the requirements of 28 U.S.C. § 455.

I swear that the statements made in this affidavit are true and correct to the best of my knowledge, information, and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: September 4, 2026

Hon. Jose L. Linares, U.S.D.J. (ret.)

Sworn and subscribed to before me
this 3rd day of September, 2026

Margaret Leton-Saldana
Notary Public

MARGARET LETON-SALDANA
Notary Public, State of New Jersey
Comm. # 2110920
My Commission Expires 6/13/2028



ME1\62754508.v1