Midlige Richter

121 UNION AVENUE
MIDDLESEX, NEW JERSEY 08846
PHONE: 908.626.0622

**JAMES S. RICHTER**
Of Counsel
(201) 874-7325 (m)
jrichter@midlige-richter.com

September 11, 2026

**BY ECF**

Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

**Re: *Arbutus Biopharma Corp. and Genevant Sciences GmbH v. Pfizer Inc. and BioNTech SE*, Civil Action No. 23-1876 (ZNQ)(TJB)**

Dear Judge Bongiovanni:

This firm represents Plaintiffs in the above-referenced matter, along with Quinn Emanuel Urquhart & Sullivan, LLP, co-counsel for Genevant Sciences GmbH, and Morrison & Foerster LLP, co-counsel for Arbutus Biopharma Corporation. We write on behalf of all parties regarding the deadline to file a motion to seal the Court's August 21, 2026 Memorandum Opinion (ECF No. 328).

Pursuant to the Court's January 20, 2026 Letter Order (ECF No. 283), the motion to seal submissions relating to: (i) Defendants' Motion for Leave to Amend Answer to Complaint, Counterclaim, and Invalidity Contentions and exhibits (ECF No. 270); and (ii) Plaintiffs' Motion to Amend Infringement Contentions (ECF No. 276), including the Court's ruling as to same, was set to be due 30 days following the later of the decisions on Your Honor's rulings on Defendants' Letter Motion to Compel (ECF No. 268), Defendants Motion for Leave to Amend (ECF No. 270), or Plaintiffs' Motion for Leave to Amend Infringement Contentions (ECF No. 276). Pursuant to the Court's August 21, 2026 Order (ECF No. 330), the motion to seal the Court's Memorandum Opinion is due September 11, 2026.

We write to clarify the date on which the motion to seal the Court's Memorandum Opinion is due and to respectfully request that the court deem its earlier order, ECF No. 283, as controlling (omnibus motion to seal, including the Court's August 21, 2026 Opinion (ECF No. 328), due 30 days following the decision on Defendants' Motion to Compel (ECF No. 331)).

Accordingly, we respectfully request that the deadline for the omnibus motion to seal be confirmed to be due on September 28, 2026.

If the above meets with Your Honor's approval, we respectfully request that you So Order this letter where indicated below and enter it on the docket. We thank the Court for its consideration, and remain available should the Court have any questions regarding the foregoing.

We appreciate the Court's consideration and continued assistance in this matter.

Respectfully submitted,

s/ DRAFT

James S. Richter

Cc: All Counsel of Record (by ECF)

SO ORDERED this ____ day of September 2026.

______________________________________
Honorable Tonianne J. Bongiovanni, U.S.M.J.