Midlige Richter

121 UNION AVENUE
MIDDLESEX, NEW JERSEY 08846
PHONE: 908.626.0622

**JAMES S. RICHTER**
Of Counsel
(201) 874-7325 (m)
jrichter@midlige-richter.com

September 21, 2026

**BY ECF**

Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

**Re: *Arbutus Biopharma Corp. and Genevant Sciences GmbH v. Pfizer Inc. and BioNTech SE*, Civil Action No. 23-1876 (ZNQ)(TJB)**

Dear Judge Bongiovanni:

This firm represents Plaintiffs in the above-referenced matter, along with Quinn Emanuel Urquhart & Sullivan, LLP, co-counsel for Genevant Sciences GmbH, and Morrison & Foerster LLP, co-counsel for Arbutus Biopharma Corporation. We are writing to respectfully request that the deadline for Plaintiffs to response to Defendants' Motion for Reconsideration (ECF No. 334) be extended from today to October 5, 2026. The parties are currently in the process of meeting and conferring in an attempt to resolve the motion without requiring Your Honor to decide it.

If this is acceptable, we respectfully request that Your Honor "So Order" this letter where indicated below.

We thank Your Honor for your consideration of the foregoing and your continued assistance with this matter. Should you have any questions, we are available at your convenience.

Respectfully submitted,

*s/ James S. Richter*

James S. Richter

Cc: All Counsel (by ECF)

SO ORDERED:

s/Tonianne J. Bongiovanni
Honorable Tonianne J. Bongiovanni, U.S.M.J.

Dated: September 22, 2026