**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ARBUTUS BIOPHARMA CORP. and GENEVANT SCIENCES GMBH,<br><br>Plaintiffs,<br><br>v.<br><br>PFIZER INC. and BIONTECH SE,<br><br>Defendants. | Honorable Zahid N. Quraishi, U.S.D.J.<br><br>Civil Action No. 23 CV 1876 (ZNQ)(TJB)<br><br>**STIPULATION AND ORDER REGARDING DEFENDANTS' MOTION FOR CLARIFICATION OR, IN THE ALTERNATIVE, RECONSIDERATION** |

This stipulation is made between Plaintiffs Arbutus Biopharma Corporation ("Arbutus") and Genevant Sciences GmbH ("Genevant") on the one hand, and Defendants Pfizer Inc. ("Pfizer") and BioNTech SE ("BioNTech") on the other (each individually, a "Party" and collectively, the "Parties") to resolve Defendants' Motion for Clarification or, in the Alternative, Reconsideration (ECF Nos. 334, 335). The Parties, by and through their respective undersigned counsel, have agreed to the following stipulation, subject to the approval of the Court:

WHEREAS, on December 23, 2025, Plaintiffs filed their Motion for Leave to Amend Infringement Contentions to include additional evidence related to their doctrine of equivalents infringement theory (ECF Nos. 275, 276);

WHEREAS, on February 6, 2026, Defendants filed their Brief in Opposition, arguing that Plaintiffs' Motion to Amend Infringement Contentions should be denied as futile because Plaintiffs' doctrine of equivalents infringement theory allegedly is barred by collateral estoppel (ECF No. 292);

WHEREAS, on February 20, 2026, Plaintiffs filed their Reply Brief, arguing that the Motion to Amend Infringement Contentions should be granted because futility is not a ground to deny a motion to amend infringement contentions and because the *Moderna* court's order cannot be afforded preclusive weight (ECF No. 297);

WHEREAS, on August 21, 2026, the Court granted Plaintiffs' Motion for Leave to Amend Infringement Contentions and found that Defendants had not established that Plaintiffs' proposed amendments were clearly futile. (ECF Nos. 328, 330);

WHEREAS, on September 3, 2026, Defendants filed their Motion for Clarification or, in the Alternative, Reconsideration, seeking clarification that this Court's Opinion (ECF Nos. 328, 330) does not preclude Defendants from raising collateral estoppel (or issue preclusion) as a defense to Plaintiffs' doctrine of equivalents theory at a later stage of this litigation. (ECF Nos. 334, 335);

WHEREAS, the parties wish to avoid unnecessary disputes and burdens on the Court;

WHEREAS, the parties have met and conferred and agree that the Court's Order and Opinion (ECF Nos. 328, 330) does not preclude any Party from raising any argument in the future regarding whether collateral estoppel (or issue preclusion) bars Plaintiffs from asserting infringement under the doctrine of equivalents;

IT IS HEREBY STIPULATED AND AGREED, based on the foregoing and subject to the Court's approval, that the Court's Order and Opinion granting Plaintiffs' Motion for Leave to Amend Infringement Contentions (ECF Nos. 328, 330) does not preclude any Party from raising any argument in the future regarding whether collateral estoppel (or issue preclusion) bars Plaintiffs from asserting infringement under the doctrine of equivalents;

IT IS FURTHER STIPULATED AND AGREED that Defendants withdraw their Motion for Clarification or, in the Alternative, Reconsideration (ECF Nos. 334, 335) as moot; and

IT IS FURTHER STIPULATED AND AGREED that each Party reserves all rights to address any arguments related to collateral estoppel (or issue preclusion) at a later stage of this litigation.

**SO STIPULATED AND AGREED TO BY:**

Dated: September 24, 2026

*s/ James S. Richter*
James S. Richter
Midlige Richter, LLC
121 Union Avenue
Middlesex, New Jersey 08846
(908) 626-0622
jrichter@midlige-richter.com

*Attorney for Plaintiffs Arbutus Biopharma Corp. & Genevant Sciences GmbH*

OF COUNSEL:

Raymond N. Nimrod
F. Dominic Cerrito
Frank C. Calvosa
Eric Stops
Evangeline Shih
Quinn Emanuel Urquhart & Sullivan, LLP
295 Fifth Avenue
New York, NY 10016
(212) 849-7000
raynimrod@quinnemanuel.com
nickcerrito@quinnemanuel.com
frankcalvosa@quinnemanuel.com
ericstops@quinnemanuel.com
evangelineshih@quinnemanuel.com

Scott L. Watson
Quinn Emanuel Urquhart
& Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
scottwatson@quinnemanuel.com

Jocelyn Ma
Quinn Emanuel Urquhart
& Sullivan, LLP
50 California St. 22nd Floor

Daralyn J. Durie
Adam R. Brausa
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000
ddurie@mofo.com
abrausa@mofo.com

Kira A. Davis
Morrison & Foerster LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
(213) 892-5200
kiradavis@mofo.com

*Attorneys for Plaintiff Arbutus Biopharma Corp.*

San Francisco, CA 94111
jocelynma@quinnemanuel.com

*Attorneys for Plaintiff Genevant Sciences GmbH*

/s/ *Liza M. Walsh*
Liza M. Walsh
Mariel L. Belanger
Jessica K. Formichella
Lauren R. Malakoff
**WALSH PIZZI O'REILLY FALANGA LLP**
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100
lwalsh@walsh.law
mbelanger@walsh.law
jformichella@walsh.law
lmalakoff@walsh.law

OF COUNSEL:

Sara Tonnies Horton (*pro hac vice*)
**WILLKIE FARR & GALLAGHER LLP**
300 North LaSalle Drive
Chicago, Illinois 60654
(312) 728-9040

*Attorneys for Defendant/Counterclaimant Pfizer Inc.*

/s/ *William P. Deni*
William P. Deni, Jr.
J. Brugh Lower
Stephen R. Donat
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500
wdeni@gibbonslaw.com
jlower@gibbonslaw.com
sdonat@gibbonslaw.com

OF COUNSEL:

Charles B. Klein (*pro hac vice*)
Jovial Wong (*pro hac vice*)
Claire Fundakowski (*pro hac vice*)
**WINSTON & STRAWN LLP**
1901 L Street NW
Washington, D.C. 20036
(202) 282-5000

Ivan Poullaos (*pro hac vice*)
David P. Dalke (*pro hac vice*)
Alison M. King (*pro hac vice*)
Kevin J. Boyle (*pro hac vice*)
Zoe A. Goldstein (*pro hac vice*)
Brian L. O'Gara (*pro hac vice*)
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL 60601
(312) 558 5600

Eimeric Reig-Plessis (*pro hac vice*)
**WINSTON & STRAWN LLP**
101 California Street, 35th Floor

San Francisco, CA 94111
(415) 591-1000

Ashley Graham (*pro hac vice*)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
(212) 294-6700

Bruce M. Wexler (*pro hac vice*)
Eric W. Dittmann
Isaac S. Ashkenazi
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
(212) 318-6000

Simon F. Kung (*pro hac vice*)
**PAUL HASTINGS LLP**
1117 California Avenue
Palo Alto, California 94304
(650) 320-1800

*Attorneys for Defendant/Counterclaimant BioNTech SE*

It is on this 25th day of September, 2026,

SO ORDERED:

s/Tonianne J. Bongiovanni
Honorable Tonianne J. Bongiovanni, U.S.M.J.

[Docket Entry No. 334 is terminated].