Midlige Richter

121 UNION AVENUE
MIDDLESEX, NEW JERSEY 08846
PHONE: 908.626.0622

**JAMES S. RICHTER**
Of Counsel
(201) 874-7325 (m)
jrichter@midlige-richter.com

September 28, 2026

**BY ECF**

Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

**Re: *Arbutus Biopharma Corp. and Genevant Sciences GmbH v. Pfizer Inc. and BioNTech SE*, Civil Action No. 23-1876 (ZNQ)(TJB)**

Dear Judge Bongiovanni:

This firm represents Plaintiffs in the above-referenced matter, along with Quinn Emanuel Urquhart & Sullivan, LLP, co-counsel for Genevant Sciences GmbH, and Morrison & Foerster LLP, co-counsel for Arbutus Biopharma Corporation. We are writing to respectfully request an extension of the deadline for the parties to file the omnibus motion to seal certain filings. *See,* ECF No. 339. The current deadline is today and the parties request an extension to October 28, 2026.

The parties require additional time to work through issues regarding the motion to seal and respectfully request an extension of the deadline to allow the parties sufficient time to discuss and meet and confer on these issues.

We have conferred with Defendants' counsel, who consent to this request. If this request is acceptable to Your Honor, we respectfully request that Your Honor "So Order" this letter where indicated below.

We thank Your Honor for your consideration of the foregoing and your continued assistance with this matter. Should you have any questions, we are available at your convenience.

Respectfully submitted,

*s/ James S. Richter*

James S. Richter

Cc: All Counsel (by ECF)

SO ORDERED:

_________________________________________ Dated: September ________, 2026
Honorable Tonianne J. Bongiovanni, U.S.M.J.