**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ARBUTUS BIOPHARMA CORP., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PFIZER, INC., *et al.*,<br><br>Defendants. | Civil Action No.: 23-1876<br><br><br><br>**ORDER OF THE SPECIAL DISCOVERY MASTER RE: AMENDED CASE SCHEDULE** |

**LINARES, J.**

**WHEREAS,** on September 17, 2026, the undersigned was appointed as Special Discovery Master pursuant to Rule 53 of the Federal Rules of Civil Procedure (ECF No. 342 (the "Appointment Order"));

**WHEREAS,** by way of the Appointment Order, the Court, in part, directed the Special Master to "oversee the schedule for completion of discovery, [and] all discovery disputes and motions related thereto." (Id. at 1).;

**WHEREAS,** on September 17, 2026, the Special Master directed the Parties to submit a joint status letter outlining all pending disputes. The Parties submitted said letter on September 29, 2026. One of the issues identified by the Parties pertained to competing proposed amended case schedules. The Parties subsequently submitted a joint dispute letter concerning the competing proposed amended case schedules on October 2, 2026 ("Joint Letter"). This Order addresses that dispute;

**WHEREAS,** Plaintiffs advocate for a shorter case schedule with the goal of having this matter set down for trial by September 2027. (Joint Letter at 2). According to Plaintiffs, fact discovery is essentially complete. (Id.). Thus, Plaintiffs believe their proposed case schedule, which provides for approximately 11 additional months until trial, properly balances the needs of the case with the goal of an expeditious resolution. (Id.).

**WHEREAS,** Defendants' proposed case schedule targets a trial date in July of 2028. (Id. at 4). According to Defendants, their proposed case schedule tracks the same cadence and intervals the Parties initially agreed to when they filed their proposed Joint Discovery Plan at the beginning of the case. (Id.). Defendants also posit that their proposed case schedule "affords the [P]arties adequate time at every phase to litigate all of the issues in this complex case." (Id.).

**WHEREAS,** the Special Master has taken the Parties' respective positions under consideration, and for good cause shown,

**IT IS** on this 5th day of October, 2026, **ORDERED AS FOLLOWS:**

1. In adopting an amended case schedule the Special Master must balance the needs of the case and the Parties' desire to obtain complete discovery with the goal of obtaining an efficient and expeditious resolution to this matter. *Compare* Fed. R. Civ. P. 26(b)(1) ("Unless otherwise limited by court order, the scope of discovery is as follows: Parties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense and proportional to the needs of the case…") *with* Fed. R. Civ. P. 16(a)(1) (directing the Court to implement a schedule to assure the "expediti[ous] disposition of the action;); *see also Newton v. A.C. & S., Inc.*, 918 F.2d 1121, 1126 (3d Cir. 1990) ("The purpose of Rule 16 is to maximize the efficiency of the court system by insisting that attorneys and clients cooperate with the court and abandon practices which unreasonably interfere with the expeditious management of cases.").

With the aforementioned considered, along with the Parties' respective proposals, the Special Master hereby instructs the Parties to abide by the following amended case schedule as set forth below (the "Amended Case Schedule"):

| **EVENT** | **DEADLINE** |
|---|---|
| Close of Fact Discovery | January 8, 2027 |
| Service of opening expert reports on issues where a party bears the burden of proof | March 5, 2027 |
| Responsive expert reports (including assertion of secondary indicia) | April 16, 2027 |
| Reply expert reports (including rebuttals to any assertions of secondary indicia) | May 21, 2027 |
| Close of expert discovery | June 25, 2027 |
| Submission of Dispositive Motions and *Daubert Motions*[1] | No later than 8:00 PM ET September 17, 2027 |
| Submission of Final Joint Proposed Final Pretrial Order, proposed jury *voir dire*, preliminary jury instructions, final jury instructions, and special verdict form | October 27, 2027 |
| Final Pretrial Conference | November 19, 2027 (time TBD) |
| Trial | TBD |

2. There will be no further revisions or modifications to the Amended Case Schedule absent a showing of exceptional circumstances.

3. The Special Master will hold a status conference with the Parties on October 9, 2026 at 10:30 AM ET via videoconference (videoconference information to be provided).

**SO ORDERED**.

[1] The Parties' are directed to exchange, but not file, their opening Dispositive Motion and *Daubert* Motion submissions by no later than 5:00 PM ET July 23, 2027 Oppositions thereto shall once again be exchange, but not filed, by no later than 5:00 PM ET August 27, 2027. Any replies permitted by the Federal and Local Rules of Civil Procedure shall be exchanged, but not filed, by no later than 12:00 PM ET September 17, 2027. All Dispositive and *Daubert* Motion papers shall be filed on the Court's docket by no later than 8:00 PM ET September 17, 2027.

__/s/ *Jose L. Linares*____________________
Hon. Jose L. Linares, U.S.D.J. (ret.)